**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division

```
_____  )
Juelithia G. Zellers,                )
1708 Dennis Court                    )
Forestville, Maryland 20747          )
                                     )
        Plaintiff,                   )  Civil Action No.05000536
                                     )
    v.                               )
                                     )
Ms. Terrie Warren,                   )
11th Civil Engineer Square           )
Deputy Base Civil Engineer           )
370 Brookley Avenue                  )
Bolling, AFB, 20032                  )
                                     )
        Defendant.                   )
_____
```

**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION**

TO:   Juelithia G. Zellers,
      1708 Dennis Court
      Forestville, Maryland 20747

      Plaintiff <u>pro se</u>

      PLEASE TAKE NOTE that on August 22, 2005, the Federal Defendant in this action filed with the Clerk of the United States District Court for the District of Columbia a notice of removal in the above captioned civil action.  The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded."  28 U.S.C. § 1446(d).

1

      Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
Juelithia G. Zellers,          )
1708 Dennis Court              )
Forestville, Maryland 20747    )
                               )
        Plaintiff,             ) Civil Action No.
                               )
    v.                         )
                               )
Ms. Terrie Warren,             )
11th Civil Engineer Square     )
Deputy Base Civil Engineer     )
370 Brookley Avenue            )
Bolling, AFB, 20032            )
                               )
        Defendant.             )
_____
```

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant, Teresa Warren, a civilian employee of the United States Air Force, by her undersigned attorney, hereby files this Notice of Removal pursuant to 28 U.S.C. § 1446.  In support of that motion, the Defendant states as follows:

1.   Teresa Warren, a civilian employee of the United States Air Force, is the defendant in a civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 05000536 entitled Zellers v. Warren.

2.   The above entitled action was filed on July 21, 2005, 2003.  Defendant Warren was served on August 4, 2005. A hearing is set in the Superior Court of the District of Columbia for

August 23, 2005 regarding the Plaintiff's request for a temporary Restraining order. A copy of the complaint was received by the Office of the United States Attorney on August 18, 2005. Proper service of a summons and complaint on the United States has not yet been effected. A copy of the complaint and other court filings received by the United States Attorney is attached as Exhibit A.

    3.   This notice of removal is brought pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446 and 2679(d)(2). Plaintiff alleges that the defendant, her supervisor at Bolling Air Force Base, raised her voice, pointed her finder and rushed at her as to indicate defendant would hurt the plaintiff. Plaintiff alleges the incident occurred during a meeting to discuss Plaintiff's request for work place benefits. Accordingly, Craig Lawrence, Civil Division Chief, for the United States Attorney's Office for the District of Columbia, pursuant to his delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Teresa Warren was acting within the scope of her office or employment at the time of the alleged incidents. Pursuant to 28 U.S.C. § 2679(d)(2), the United States should now be substituted for Teresa Warren in this action.

    Wherefore, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and 2679(d)(2).

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895

**CERTIFICATION**

I, R. Craig Lawrence, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, hereby certify that I have read the complaint in <u>Zellers v. Warren</u>  On the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Teresa Warren was acting within the scope of her employment as an employee of the United States at the time of the alleged incidents.

August 19, 2005

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney
Chief, Civil Division

**Certificate of Service**

I certify I caused copies of the foregoing Certification to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 22nd day of August 2005.

    KEVIN K. ROBITAILLE
    Special Assistant U.S. Attorney
    555 4th Street, NW
    Washington, D.C. 20530
    (202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellers,<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>    Plaintiff,<br><br>  v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Square<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling, AFB, 20032<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant by and through undersigned attorneys, hereby request until September 21, 2005, to file an answer or otherwise respond to the complaint. The federal defendants removed this case to this Court on August 22, 2005, and substituted the United States as defendant for individual defendants. The case has yet to be docketed. Per Rule 81(c), an answer would be due five days from the date the case is docketed.

The undersigned counsel for the United States Attorney's Office, Kevin Robitaille, has not yet had a chance to research the allegations raised in the complaint. Accordingly, defendant

1

respectfully requests the additional time to analyze the complaint and prepare an appropriate defense or response.

By filing this motion, defendants do not waive their rights to raise all defenses available in the Federal Rules of Civil Procedure, including but not limited to Rule 12 and qualified immunity. Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to contact plaintiff to obtain her position on the relief sought in this motion but has been unable to reach her.

Respectfully submitted,

KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895