## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Juditha G. Zellars
1708 Dennis Court
Forestville, Md. 20747    *Plaintiff*

05-0005636

vs.    CIVIL ACTION No. _____

Ms. Terrie Warren
11th Civil Engineer Sq
Deputy Base Civil Engr    *Defendants*
370 Brookley Ave
Bolling AFB, D.C. 20032

**COMPLAINT**

RECEIVED
CIVIL CLERK'S OFFICE
JUL 21 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921

The incident took place on May 13, '05 in Washington, DC. 11th Civil Engineer Sq, Bldg 370 Brookley Ave, Bolling AFB. Ms Warren, 11CES/CD become angry, raised her voice and pointed her fingers at the Plaintiff. She rushed at me twice towards me, as to indicate she was going to hurt me. I thought she was going to hurt me, some type of bodily harm. See attached statements (witness statement)

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, ss

__Juditha G. Zellars__, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____ (Plaintiff)    Agent

Subscribed and sworn to before me this __21st__ day of __July__ 20__05__

_____
Notary Public/Deputy Clerk

FORM CV-1013/Nov 00



CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001   Telephone: 879-1133

Juditha G. Zellars
1708 Dennis Ct
Forestville, Md 20747 *Plaintiff*

vs.

05-0005636

Civil Action No. ____

Ms Terrie Warren
11th Civil Engineer Sq
Deputy Base Civil Eng
370 Brookley Ave
Bolling AFB, DC 20032   *Defendant*

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Pro Se Juditha Zellars
**Name of Plaintiff's Attorney**
1708 Dennis Ct
Forestville, Md 20747
**Address**

*Clerk of the Court*

By _____
Deputy

Date _____

Telephone
(301) 324-1107

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JUELITHIA ZELLARS
Vs.                                        C.A. No.   2005 CA 005636 B
TERRIE WARREN

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

                                          Chief Judge Rufus G. King, III

Case Assigned to: Judge GERALD I FISHER

Initial Conference: 9:30 am, Friday, October 28, 2005
Location: Courtroom A-50
          515 5th Street N.W.
          WASHINGTON, DC 20001

Caio.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

OFFICE OF THE JUDGE IN CHAMBERS

TO: _Terrie Warren_    CASE NO.: _05 CA 5836_

## NOTICE OF HEARING

You are hereby notified that there will be a hearing on Plaintiff's request for a Temporary Restraining Order (T.R.O.) against you, on

~~8/22/05~~ _8/23/05_ (date)    _230_ (time)    a.m. / (p.m.) at

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W., Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT    CANARY - PLAINTIFF    PINK - COURT FILE

FORM SO-2064/Jul. 98