**Certificate of Service**

I certify I caused copies of the foregoing, Notice of Removal, Certification, Motion for Extension of Time and Notice of Filing of Removal to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 22nd day of August 2005.

                              KEVIN K. ROBITAILLE
                              Special Assistant U.S. Attorney
                              555 4th Street, NW
                              Washington, D.C. 20530
                              (202) 353-9895