UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
Juelithia G. Zellers,              )
                                   )
        Plaintiff,                 )  Civil Action No. 05-1670(RBW)
                                   )
    v.                             )
                                   )
Ms. Terrie Warren,                 )
                                   )
        Defendant.                 )
                                   )
_____

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

    Defendant by and through undersigned attorneys, hereby request until September 29, 2005, to file an answer or otherwise respond to the complaint. The federal defendants removed this case to this Court on August 22, 2005, and substituted the United States as defendant for individual defendants. The case was docketed on August 22, 2005. Per Rule 81(c), an answer is due five days from the date the case is docketed. Accordingly an answer is due August 29, 2005.

    The undersigned counsel for the United States Attorney's Office, Kevin Robitaille, has not yet had a chance to research the allegations raised in the complaint. Accordingly, defendant respectfully requests the additional time to analyze the complaint and prepare an appropriate defense or response.

    By filing this motion, defendants do not waive their rights

to raise all defenses available in the Federal Rules of Civil Procedure, including but not limited to Rule 12 and qualified immunity. Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to contact plaintiff to obtain her position on the relief sought in this motion but has been unable to reach her.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Juelithia G. Zellers, | ) |
|  | ) |
|     Plaintiff, | ) Civil Action No. 05-1670(RBW) |
|  | ) |
|   v. | ) |
|  | ) |
| Ms. Terrie Warren, | ) |
|  | ) |
|     Defendant. | ) |
|  | ) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including September 29, 2005, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2005.

                                        REGGIE B. WALTON
                                        United States District Judge

Copies to:
Juelithia G. Zellers,
1708 Dennis Court
Forestville, Maryland 20747

Kevin K. Robitaille
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530

**Certificate of Service**

I certify I caused a copy of the foregoing Motion for Extension of Time to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 23rd day of August 2005.

    KEVIN K. ROBITAILLE
    Special Assistant U.S. Attorney
    555 4th Street, NW
    Washington, D.C. 20530
    (202) 353-9895