PROSE-NP, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01670-RBW

ZELLERS v. WARREN
Assigned to: Judge Reggie B. Walton
Case in other court: Superior Court for DC, 05-0005636
Cause: 28:1446 Petition for Removal

Date Filed: 08/22/2005
Jury Demand: None
Nature of Suit: 330 Federal Employer's Liability
Jurisdiction: U.S. Government Defendant

**Plaintiff**

JUELITHIA G. ZELLERS     represented by   JUELITHIA G. ZELLERS
1708 Dennis Court
Forrestville, MD 20747
PRO SE

V.

**Defendant**

TERRIE WARREN     represented by   Kevin K. Robitaille
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20044
(202) 353-9895
Email: kevin.robitaille2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | 1 | NOTICE OF REMOVAL by TERRIE WARREN from Suprior Court for DC, case number 05-0005636. ( Filing fee $ 250 )filed by TERRIE WARREN. (Attachments: # 1 Exhibit # 2 Certificate of Service)(td, ) (Entered: 08/23/2005) |
| 08/23/2005 | 2 | First MOTION for Extension of Time to File Answer by TERRIE WARREN. (Robitaille, Kevin) (Entered: 08/23/2005) |
| 08/24/2005 |  | MINUTE ORDER granting 2 Motion for Extension of Time to Answer. The defendant shall file an answer or otherwise respond to the plaintiff's complaint by 9/29/2005. Signed by Judge Reggie B. Walton on 8/24/05. (lcrbw1, ) (Entered: 08/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/29/2005 10:21:36 | | | |
| **PACER Login:** | us6716 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01670-RBW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |