SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Juelithia G. Zellers,  )
1708 Dennis Court  )
Forestville, Maryland 20747  )
  )
    Plaintiff,  ) Civil Action No.05000536
  )
v.  )
  )
Ms. Terrie Warren,  )
11th Civil Engineer Square  )
Deputy Base Civil Engineer  )
370 Brookley Avenue  )
Bolling, AFB, 20032  )
  )
    Defendant.  )

RECEIVED CIVIL CLERK'S OFFICE AUG 2 2 2005 SUPERIOR COURT OF THE DISTRICT OF COLUMBIA WASHINGTON, DC

**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION**

TO: Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

    Plaintiff <u>pro se</u>

PLEASE TAKE NOTE that on August 22, 2005, the Federal Defendant in this action filed with the Clerk of the United States District Court for the District of Columbia a notice of removal in the above captioned civil action. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

1