UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

| | |
|---|---|
| Juelithia G. Zellers, | ) |
| Plaintiff, | ) Civil Action No. 05-1670(RBW) |
| v. | ) |
| Ms. Terrie Warren, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of Defendants' Motion to Vacate the Superior Court order issued August 23rd 2005 and the entire record of this case, it is hereby

ORDERED that Defendants' Motion to Vacate the Superior Court Order is GRANTED.

Dated this ____30____ day of ___August___, 2005.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Juelithia G. Zellers,
1708 Dennis Court
Forestville, Maryland 20747