Case: 05-1670-(RBW)  Filed 8/31/05 /Doc    Page 7 of 17

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>   Plaintiff,<br><br>   v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>   Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF MOTION FOR AN HEARING

Plaintiff, recorded as Pro Se hereby request a hearing after Defendant's suspense date September 29, 2005. Plaintiff's requesting that the Defendant reply in writing to her as well. Request that the hearing be scheduled within 2 weeks after the Defendant's suspense date, September 29, 2005, the Defendant's extension date for completion. By filing this motion the Plaintiff do not waive her rights to raise all defenses available to the Federal Rules or Civil Procedure including but not limited to any rule pertaining. Plaintiff attempted to contact Attorney to obtain his position on the relief sought in this motion but, unable to reach him.

                              Respectfully submitted,

                              [signature]
                              JUELITHIA G. ZELLARS, PRO SE
                              1708 Dennis Court
                              Forestville, Maryland 20747
                              (301) 324-1107

RECEIVED
AUG 3 1 2005
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUELITHIA G. ZELLERS
Plaintiff

v.   Civil Action No.   05 1670

TERRIE WARREN
Defendant

AUG 2 2 2005

The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **WALTON, J. RBW**. All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _____
Deputy Clerk

cc: JUELITHIA ZELLERS

929A
Rev. 7/02