## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>    Plaintiff,<br><br>    v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>    Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Plaintiff's Motion for an Hearing scheduled after the Defendant's suspense date. To include their entire record of said case in writing, it is hereby

Further ORDERED that the Plaintiff's hearing should be scheduled within 2 weeks after September 29, 2005, of requested date of Defendant.

Date this _____ day of _____ 2005.

 

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:
Kevin K. Robitaille
Special Assistant U.S. Attorney

Juelithia G. Zellars, Plaintiff