Case: 05-1670-(RBW) Filed 8/31/05 /Doc___   Page 1 of 17

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Juelithia G. Zellars )
1708 Dennis Court )
Forestville, Maryland 20747 )
)
)
Plaintiff, )    Civil Action No.   05-1670- (RBW)
)
v. )
)
Ms. Terrie Warren, )
11th Civil Engineer Squadron )
Deputy Base Civil Engineer )
370 Brookley Avenue )
Bolling AFB, Wash DC 20032 )
)
Defendant )

---

## PLAINTIFF'S MOTION TO RESPOND TO NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

The Plaintiff opposes the Defendant's Notice of Filing Notice of Removal of a Civil Action.

Please be advised, that the Defendant of the above caption, filed Notice with the Clerk of the

United States District Court For The District of Columbia on August 22, 2005, from the Superior

Court of the District of Columbia, Civil Division, after, the Plaintiff's Complaint for Harassment

was accepted by Judge, Chambers on July 21, 2005, of the Superior Court of the District of

Columbia. The Superior Court of the District of Columbia "shall proceed no further unless and

until the case is remanded." The Plaintiff will adhere to Court's decision. By filing this motion,

Plaintiff does not waive any of the Plaintiff's rights. Plaintiff attempted to contact the attorney

**RECEIVED**

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Case: 05-1670-(RBW)  Filed ___8/31/05___ /Doc___    Page _2_ of _17_

of the Defendant to obtain his position on the relief sought in this motion but was unable to reach

him.

Respectfully submitted,

_Juelithia G. Zellars_

JUELITHIA G. ZELLARS, PRO SE
1708 Dennis Court
Forestville, Maryland  20747
(301) 324-1107

2

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## OFFICE OF THE JUDGE IN CHAMBERS

TO: _Terrie Warren_       CASE NO.: _05CA5636_

### NOTICE OF HEARING

You are hereby notified that there will be a hearing on Plaintiff's request for

a Temporary Restraining Order (T.R.O.) against you, on

_____8/23/05_____, at _____230_____ a.m. **p.m.** at
   *(date)*                   *(time)*

D.C. SUPERIOR COURT, 500 Indiana Avenue, N.W.,  Room 4220, 4th floor.

If you wish to be heard, your presence is required.

WHITE - DEFENDANT       CANARY - PLAINTIFF       PINK - COURT FILE

FORM SO-2064/Jul. 98

CA Form 1

# Superior Court of the District of Columbia

### CIVIL DIVISION

05-0005636

##### 500 Indiana Avenue, N.W., Room JM-170
##### Washington, D.C. 20001 Telephone: 879-1133

05-0005636

Juelthin G. Zellmes
1708 Dennis Ct
Forestville, Md 20747    *Plaintiff*
vs.

Civil Action No. _____

Ms Ferrie WARREN
11th Civil Engineer Sq
Deputy Base Civil Eng
310 Brookley Ave
Bolling AFB, DC 20032        **SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

PRO SE Juelthia Zellars
Name of Plaintiff's Attorney

1708 Dennis Ct
Forestville, Md. 20747
Address

                                   *Clerk of the Court*

By _____

                                   Deputy Clerk

Date _____

Telephone
(301) 324-1107

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170**

**NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.**

CV(6)-456/May 03

# Superior Court of the District Columbia

## CIVIL DIVISION

Jusithin G. Zellers
1708 Dennis Ct
Forestulle, Md 20747

**Plaintiff**
vs.

Ms Terrie WARREN
11th Civil Engineer S
Deputy BASE RUN Eng
370 Brookley Ave!
Bolling AFB DC 20032

**Defendant**

No. 05-0005636

**MOTION - (Pro-Se)**

MOTION OF **X**     for TRO

RECEIVED
CIVIL CLERK'S OFFICE
JUL 21 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

(State briefly what you want the Court to do) No Communication what soever, Stay Away:
To approve a Protection Order for the
Defendent not to have any verbal, written communication with
the Plaintiff nor contact the Plaintiff by telephone, fax or lte

| Printed name | Signature: |
|---|---|
| Jusithin G Zellers | Jusithin G Zellers |
| Address: 1708 Dennis Ct Forestulle Md 20747 | Home phone no. (301) (334-1107 |
| | Business phone no. (202) 767-1210 |

## CERTIFICATE OF SERVICE

Date July 21

On July 21 ____ 20**05** I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Dept Intro

| Name: | Name: |
|---|---|
| Terrie Warren CD/11ces | |
| Address: 11th Civil Engineer Sq 370 Brookley Ave, Bolling AFB DC 20032 | Address: |

Jusithin G Zellers
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)  **X**

_____

_____

_____

_____

Signature

# Superior Court of the District of Columbia

## CIVIL DIVISION

Suelithia G. Zellars
1708 Dennis Ct
Forestville, Md. 20747          **Plaintiff**

vs.

05-0005636

MB Terrie Warren
11th Civil Engineer Sq
Deputy Base Civ. Eng          **Defendant**
370 Brookley Ave
Bolling AFB DC 20032

**MOTION OF:** _____ for **P+**

RECEIVED
No.
CIVIL CLERK'S OFFICE
JUL 21 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

**MOTION - (Pro-Se)**

(State briefly what you want the Court to do) No communication what soever. Stay Away. To approve a Protection Order for the Defendant not to have any verbal written communication with the Plaintiff nor contact the Plaintiff by telephone, fax a like. Suelithia G Zellars

Printed name: Suelithia G Zellars

Signature: _____

Address: 1708 Dennis Ct
Forestville, Md 20747

Home phone no. (301) 624-1107
Business phone no. (202) 767-1210

## CERTIFICATE OF SERVICE

On the July 21 _____ 2005 I mailed this motion to all the lawyers in the case, the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

Don't know

Name: Terrie Warren (Dupres)

Name: _____

Address: 11th Civil Engineer Sq, 370 Brookley
Aus. Bolling AFB DC 20032

Address: _____

Signature: _____

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

_____

_____

_____

_____

_____

Form CV-593/Dec. 00

Signature

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Suelitha G. Zellars
1708 Dennis Court
forestville, MD 20747

*Plaintiff*

05-0005636

*vs.*

CIVIL ACTION No. _____

Ms Terrie Warren
11th Civil Engineer Sq
Denny Bowe Civil Engr
370 Brookley Ave
Bolling AFB, DC 20032

*Defendants*

**COMPLAINT**

> **RECEIVED**
> CIVIL CLERK'S OFFICE
>
> JUL 2 1 2005
>
> SUPERIOR COURT
> OF THE DISTRICT OF COLUMBIA
> WASHINGTON, DC

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

The incident took place on May 13 '05 in Washington DC, 11th Civil Engineer Sq bldg 370 Brookley Ave, Bolling AFB. Ms Warren (Incested) became enraged, very Hevoice and pointed her fingers at the Plaintiff she rushed twice twards me as to indicate she was going to hurt me. I thought she was going to hurt me. Said tape of Braunworm. See attached Statements (witless statement)

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

_____
Phone:

DISTRICT OF COLUMBIA, ss

_____ being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____        _____
(Plaintiff)                                      Agent)

Subscribed and sworn to before me this _____21st_____ day of _____ 20 05.

_____
Notary Public/Deputy Clerk



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JUELITHIA ZELLARS
Vs.                                                    C.A. No.        2005 CA 005636 B
TERRIE WARREN

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge GERALD I FISHER

Initial Conference: 9:30 am, Friday, October 28, 2005
Location:   Courtroom A-50
            515 5th Street N.W.
            WASHINGTON, DC  20001

Caio.doc

STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

| | SUSPECT |
|---|---|
| | ☒ WITNESS/COMPLAINANT |

**PRIVACY ACT STATEMENT**

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397

PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

## I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (if known) |
|---|---|---|---|---|
| 20050513 | 1635 | BLD. 370 2ND FLOOR CONFERENCE RM. #201 Bolling AFB, D.C. | 11th SFS | ☐ OFFENSE  ☒ COMPLAINT |

## II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| ZELLARS, JUELITHIA G. | 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 | AF CIVILIAN |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| 1708 DENNIS CT. FORESTVILLE MD. 20747 | 19520817 WASHINGTON D.C. | HOME 301 324-1107 | DUTY 202 767-1210 |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| SAME AS ABOVE | 11th CES/CDE CONTRACTING OFFICE | 20051027 |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| | | | | |

## III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
| | |

| SUSPECT INITIALS | and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
| | I have the right to remain silent - that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One) |
|---|---|
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

I fully understand my rights and that my signature does not constitute an admission of guilt.

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

AF FORM 1168, 19980401 (IMT-V1)    PREVIOUS EDITIONS ARE OBSOLETE.    PAGE 1 OF 7 PAGES



## IV. STATEMENT

On 5/13/05 appro X 3:20p. Ms. Greta Jones Sanders came to my desk informing me that she was ready to see me, and she would be down he hall. I was on the telephone at the time speaking to EEO, Ms. Greta Sanders, I believed at that time wanted to speak about a response I was waiting for from her, in refers to Official Time that I had requested. After I got off the phone I went to my superisor (MSgt Johnson) first, to tell him that had an appt. with EEO. Mon 5/16/05, approx 8:00A, and interm I had another question, but his phone ranged. I informed him I would see him later. I started in the direction that Ms. Sanders said she would be in. Ms Sanders was in Ms. Terri Warren's office. Ms. Warren's office door was open, I entered into Ms. Warren's office Ms Warren was there as well. I thought there was just going to be Ms. Sanders & I. Ms Warren started speaking about why she wanted to see me and that she had two documents, she wanted me to sign. the first document refer to Official Time and the second refer my Core Doc. She started summarized the official Time document, I do not really know what the document actually said because, I did not get a chance to read it. I asked Ms. Warren "if I could have a witness, because she had Ms. Sanders with her, and I would like to have someone with me." Both Ms. Sanders & Ms. Warren said, "yes", at the same time I then proceeded out Ms Warrens office. I looked around upstairs, first + found my self downstairs. I saw Mr Bryan Lepree at his desk, I asked if he would be a witness for me in Ms. Warren's office, he said, "yes." I told him that she was present. Nearby sat Mr Kirtland, CCIE, at the computer, I am not sure

## V. OATH/SIGNATURE

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."

SIGNATURE OF PERSON MAKING STATEMENT

_Jueletha J. Sellars_

SIGNATURE OF WITNESS/INTERVIEWER

_[signature]_

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___13TH___ day

of ___MAY___, ___2005___ (year).

SIGNATURE OF PERSON ADMINISTERING OATH

_[signature]_

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ___ of ___ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF FORM 1168, 19980401  (REVERSE) (IMT-V1)

If he heard me ask him or not, but, as Mr. Lepree & I walked passed Mr. Kirkland, he turn to looked at Mr. Lepree to see who he was. Me Lepree & I went to Ms. Warren's office, as soon as Ms. Warren saw Lepree, she showed disliked for him and concerned. She asked Ms. Sanders, why should he be here; Ms. Sanders said he is just an (she said his title) in which I am not sure of, and continue to say he just keep...... and Ms. Sanders said it is alright, she can have him for a witness. Ms. Warren said, "Ms. Zellars this letter is to answer your request we need you to sign for acknowledgement & the Cor Doc you will sign at a later date." I started saying "that is not what you said before, now, that I have a witness, you are changing what you said before." Ms. Warren said, "the next time you come in here you come prepared." I tried to explain to Ms. Warren that I had no idea that I was entering a meeting. Ms. Sanders agreed that I did not know that Ms. Warren was involved and I did not know the entirer agenda of the meeting. Ms. Warren became very angry and hostile towards me, when I stated I would not sign. I tried again to explained why I needed Official Time away from my work station and to be at home. She said, "She did not want to hear it." I repeated I wanted a copy however, of the documents, her voice became louder, and louder with out control. She (Ms. Warren) started pointing her hands and fingers at me as she was getting closer across the table of the office (where meeting are generally held) at the same time she walked partially around the table in a rush towards me, then stop, then proceeded again in a rush as she was speaking. I started saying you are threatening me at least 4 times. I said I wanted to leave, I backs away from her with both hands at shoulders palms flat to indicate peace. I then tried to get to the door. I heard her say get out. The secretary Lisa Winston was at her desk when I left Ms. Warren's office. This is the first time that I had an encounter like this with Ms. Warren. I had to placed complaints against Ms. Warren with EEO. I wanted to leave, I thought Ms. Warren was going to hurt me. I was polite to Mrs. Terrie Warren during our conversation.

Page 3 of 4 Pages

SIGNATURE: [signature]

Q: WHO IS MS. GRETA JONES-SANDERS THAT YOU MAKE REFERENCE TO IN YOUR STATEMENT?

A: UNSURE OF TITLE BUT WORKS IN CIVIL ENGINEER HUMAN RESOURCES, SHE'S NEW AND BEEN HERE ABOUT (3) THREE MONTHS.

Q: WHEN YOU MENTION EEO IN YOUR STATEMENT, WHAT OFFICE ARE YOU REFERRING TO?

A: EQUAL EMPLOYMENT OPPORTUNITY

Q: IN REFERENCE TO YOUR STATEMENT, WHO IS MS. TERRI WARREN?

A: SHE'S CALLED THE CIVIL ENGINEERING DEPUTY BUT HER TITLE COULD HAVE CHANGED

Q: WHEN YOU STATED MS. WARREN BECAME VERY ANGRY AND HOSTILE TOWARDS YOU, WHAT DID MEAN?

A: HER VOICE GOT LOUDER, SHE WAS POINTING AND USING HER HANDS

Q: WHAT IS THE TIME FRAME AND OR DATES, OF THE PREVIOUS COMPLAINTS, YOU HAVE AGAINST MS WARREN, THROUGH THE E.E.O.?

A: IT MAY START AS FAR BACK AS 2000 OR 2001, I'M NOT SURE. I HAVE FILED AT LEAST (7) SEVEN COMPLAINTS AGAINST MS WARREN WITH THE E.E.O. AND THERE'S ONE STILL ACTIVE. THERE'S FOUR WERE NEGOTIATING AND TWO OR THREE WERE WAITING FOR NUMBERS ON.

Q: WHEN YOU STATED MS WARREN APPROACHED YOU, WHAT WAS SHE SAYING TO YOU AS SHE APPROACHED?

A: I WAS WATCHING HER HANDS AND AS SHE APPROACHED. I DIDN'T HEAR WHAT SHE WAS SAYING... I CANNOT REMEMBER EVERY WORD SHE WAS SAYING, I CANNOT.

Q: HOW CLOSE DID MS. WARREN GET TO YOU, WHEN SHE APPROACHED?

A: SHE GOT ABOUT TWO AND A HALF TO THREE FEET AWAY. I CONTINUED TO BACK UP AS SHE GOT CLOSER.

Q: DID MS WARREN EVER TOUCH YOU?

A: NO, SHE NEVER PUT HER HANDS ON ME.

Q: DID MS WARREN VERBALLY THREATENED TO TOUGH YOU?

A: NO

Q: IS THERE ANYTHING ELSE YOU WOULD LIKE TO ADD CONCERNING THIS INCIDENT?

A: I WAS POLITE TO THE SITUATION I DIDN'T SAY ANYTHING MEAN, I DIDN'T CUSS, THIS SHOULD NOT HAVE HAPPENED.

PAGE 4 OF 4 PAGES

SIGNATURE: _____

| 58 | 1548 | **PATROL RESPONSE:** (EXEC) |
|----|------|------------------------------|

**PATROL RESPONSE:** (EXEC)
LOCATION: Bldg 371/11 CES
COMPLAINANT: Civ ZELLARS, Julethia/11 CES/CED/DP: 202-767-1210
WITNESS #1: Civ LEPREE, Bryan K/11 CES/CECR/DP: 202-767-4539
WITNESS #2: Civ JONES-SANDERS, Greta D/11 CES/CERM/DP: 202-767-8629
SUBJECT: Civ WARREN, Teresa/11 CES/CD/DP: 202-767-5566
SUMMARY: SMSgt JONES/SFO telephoned this office requesting patrols respond to the above location due to a verbal altercation. Lt GAMMA/Delta-1, TSgt PEREZ/Police-1 and TSgt BROWN/Papa-2 were briefed and dispatched. At 1551 hrs, GAMMA, PEREZ and BROWN arrived on scene and made contact with ZELLARS. ZELLARS verbally stated this has been an ongoing situation. ZELLARS stated via AF FM 1168, she had a meeting with WARREN and JONES-SANDERS in reference to a request that was made concerning ZELLARS' leave. ZELLARS also stated she requested LEPREE attend the meeting as a witness on her behalf. LEPREE stated via AF 1168, during the meeting WARREN became irate when she stated she would not sign the request. ZELLARS' further stated WARREN continued to raise her voice and pointing her finger at ZELLARS and approached her within three feet of where she was standing. ZELLARS stated she felt threatened by WARREN and backed up toward the wall away from WARREN. ZELLARS continued to say at least four times, she told WARREN to back up as she moved away from her because she felt threatened. GAMMA and PEREZ then made contact with WARREN who chose not want to make a statement but verbally stated she was having a conversation with ZELLARS that became heated. WARREN also verbally stated she walked around her desk towards ZELLARS and pointed her finger at ZELLARS to which ZELLARS felt threatened. PEREZ referred ZELLARS to the Metropolitan Police Department (MPD) and Equal Employment Opportunity office to pursue further actions. Three AF FM 1168s were accomplished. Terminated at 2045 hrs, all in order.
NOTIFICATIONS: Maj GREENROAD/CSF, Capt REIDEL/SJA, Capt THOMAS/SFO, SMSgt JONES/SFO, MSgt DANIELS/SFOX, MSgt WILSON/MEO and SrA BROWN/CP (DLB)

SSgt Dennis Owen    — NCOIC, Reports + Abylsis
(202) 767-5717

| STATEMENT OF SUSPECT/WITNESS/COMPLAINANT | SUSPECT |
|---|---|
| | X WITNESS/COMPLAINANT |

**PRIVACY ACT STATEMENT**

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397
PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI special agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.
ROUTINE USES: Information may be disclosed to local, county, state,and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.
DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

**I. STATEMENT INFORMATION**

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20050513 | 1617 | Bldg. 370 2nd floor Service Contracts | 11 SFS/SFOLD | ☐ OFFENSE |
| | | | | ☐ COMPLAINT |

**II. PERSONAL IDENTIFICATION** (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Lepree, Bryan Keith | 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 | AF/Civ/GS-07 |

| LOCAL ADDRESS (Include Zip Code)  Washington, DC | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| 4560 3rd St SE Apt 201 | 16 Sep 67 / LA | HOME 202 365-5917 | DUTY 202 767-4539 |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| 1942 Elizardi Blvd, New Orleans, LA | 11 CES/CECR | N/A |

**SPONSOR INFORMATION**

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
| NA | | | | |

**III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT** (Suspect Only)

I have been advised that I am suspected of the following offenses:

ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.)

| SUSPECT INITIALS | and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
| | I have the right to remain silent—that is to say nothing at all. |
| | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
| | I have the right to consult with a lawyer. |
| | I have the right to have a lawyer present during this interview. |
| | I may obtain a civilian lawyer of my own choice at no expense to the government. |
| | I may request a lawyer any time during this interview. |
| | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
| | MILITARY ONLY: If I want a military lawyer, one will be appointed for me free of charge. |
| | CIVILIANS ONLY: If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One) |
|---|---|
| | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
| | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
| | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |
| | I fully understand my rights and that my signature does not constitute an admission of guilt. |

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| | |

AF FORM 1168, 19980401 (IMT-V1)    PREVIOUS EDITIONS ARE OBSOLETE.    PAGE 1 OF 3 PAGES



## IV. STATEMENT

On May 13, 2005 at approximately 1530 at the 11th Civil Engineer Squadron, Building 370, 1st Floor, I was approached by Ms. Juelithia Zellars, Ms. Zellars wanted me to follow her in order to be a witness. I had no idea as to what I was going to witness, I know Ms. Zellars as a worker on the second floor of the 11th Civil Engineer Squadron. Ms. Zellars and I arrived in the Deputy Civil Engineer, Ms. Terri Warren's office, about a minute later, Ms. Warren was standing to the left of her desk. Ms. Greta Jones-Sanders, a management analyst was in attendance, seated at a round table, Ms. Warren expressed objection to me being a witness. Ms. Warren felt that a Palace Acquire intern and relatively new employee should not be a witness to the matter of discussion. Myself and Ms. Zellars remained standing near the door of Ms. Warren's office. Ms. Zellars was to the left of me, Ms. Warren was to my right, about 7 feet away. To my knowledge, this meeting was called impromptu to have Ms. Zellars sign paperwork, Ms. Warren started talking about Ms. Zellar's core document. Ms. Warren also mentioned a letter that she wanted Ms. Zellars to sign relating to administrative leave. From the start, Ms. Warren seemed agitated, and visible upset, As Ms. Warren was explaining the purpose of the meeting, she was interrupted a couple of times by Ms. Zellars who was trying to confirm with Mrs. Jones-Sanders the reason for the additional document regarding administrative leave. Ms. Zellars was caught by surprise when Ms. WARREN wanted her to sign the document regarding leave. Ms. Zellars rebutted and said, "No, I'm not signing it!" This was the point that Ms. Warren forceably charged in Ms. Zellars direction waving her finger and, raising her voice, even more. Ms. Zellars raised her hand and said she felt threatened by Ms. Warren's advancement. Ms. Zellars'

## V. OATH/SIGNATURE

"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."

SIGNATURE OF PERSON MAKING STATEMENT

SIGNATURE OF WITNESS/INTERVIEWER

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _13_ day of _May_ , _2005_ (year).

SIGNATURE OF PERSON ADMINISTERING OATH

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ____ of ____ Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.

AF FORM 1168, 19980401  (REVERSE) (IMT-V1)

facial expression was out of surprise and frieghton. As her hands went above her head, Ms. Zellars backed into the wall and door as to get out of the way if the approaching Ms. Warren. Once Ms. Zellars said that she felt that Ms. Warren was threatening her, was both were told by Ms. Warren to leave her office, Ms. Zellars went across the hall and asked Ms. Blyth McGinty to call the Police because she felt her life was threaten by Ms. Terri Warren, who is about a foot taller and, maybe 70 pounds heavier. I give this statement without coersion and to the best of my knowledge. ————— Last Item —————

Bryan K Lepree    13 MAY 05
Bryan K Lepree    Date

## STATEMENT OF SUSPECT/WITNESS/COMPLAINANT

|  | SUSPECT |
|---|---|
| X | WITNESS/COMPLAINANT |

### PRIVACY ACT STATEMENT

AUTHORITY: 10 U.S.C. 8013; 44 U.S.C. 3101; and EO 9397

PRINCIPAL PURPOSES: Used to record information and details of criminal activity which may require investigative action by commanders, supervisors, security police, AFOSI agents, etc.; and to provide information to appropriate individuals within DoD organizations who ensure proper legal and administrative action is taken.

ROUTINE USES: Information may be disclosed to local, county, state, and federal law enforcement/investigative authorities for investigation and possible criminal prosecution or civil court action. Information extracted from this form may be used in other related criminal and/or civil proceedings.

DISCLOSURE IS VOLUNTARY: SSN is used to positively identify the individual making the statement.

### I. STATEMENT INFORMATION

| DATE (YYYYMMDD) | TIME | LOCATION AND INSTALLATION (Bldg/Room No) | UNIT TAKING STATEMENT | REPEAT (If known) |
|---|---|---|---|---|
| 20050513 | 1715 | Bldg. 370  Rm. 210, 2nd Floor Bolling AFB, DC 20032 | 11th SFS | OFFENSE |
|  |  |  |  | COMPLAINT |

### II. PERSONAL IDENTIFICATION (Print or Type)

| NAME (Last, First, Middle Initial) | SSN | STATUS/GRADE |
|---|---|---|
| Jones-Sanders, Greta D | 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 | AF Civilian |

| LOCAL ADDRESS (Include Zip Code) | DATE AND PLACE OF BIRTH (If required) | TELEPHONE | |
|---|---|---|---|
| Bldg. 3816, Rm. 8122 Bolling AFB, DC 20032 | Tallahassee, Florida | HOME 202.279.5647 | DUTY 202.767.8629 |

| PERMANENT ADDRESS OR HOME OF RECORD (Include Zip Code) | MILITARY ORGANIZATION/EMPLOYER | DEROS |
|---|---|---|
| 1808 West  500 North West Point, Utah 84015 | 11th CES/CERM Bolling AFB, DC 20032 | N/A |

### SPONSOR INFORMATION

| NAME (Last, First, Middle Initial) | GRADE | SSN | ORGANIZATION | DUTY PHONE |
|---|---|---|---|---|
|  |  |  |  |  |

### III. ACKNOWLEDGEMENT OF OFFENSES AND 5TH AMENDMENT/ARTICLE 31 RIGHTS ADVISEMENT (Suspect Only)

I have been advised that I am suspected of the following offenses:

| ADVISED BY (Full Name and Rank) | INDIVIDUAL IDENTIFIED HIMSELF/HERSELF AS A (SF, special agent, etc.) |
|---|---|
|  |  |

| SUSPECT INITIALS | and advised me that I have the following rights according to the 5th Amendment of the U.S. Constitution/Article 31 of the Uniform Code of Military Justice. |
|---|---|
|  | I have the right to remain silent - that is to say nothing at all. |
|  | Any statement I make, oral or written, may be used as evidence against me in a trial or in other judicial, non-judicial, or administrative proceedings. |
|  | I have the right to consult with a lawyer. |
|  | I have the right to have a lawyer present during this interview. |
|  | I may obtain a civilian lawyer of my own choice at no expense to the government. |
|  | I may request a lawyer any time during this interview. |
|  | If I decide to answer questions with or without a lawyer present, I may stop the questioning at any time. |
|  | MILITARY ONLY:  If I want a military lawyer, one will be appointed for me free of charge. |
|  | CIVILIANS ONLY:  If I cannot afford a lawyer and want one, a lawyer will be appointed for me by civilian authorities. |

| SUSPECT INITIALS | I have read my rights as listed above and I fully understand my rights. No promises, threats, or inducements of any kind have been made to me. No pressure or coercion has been used against me. I make the following choice. (Initial One) |
|---|---|
|  | I do not want a lawyer. I am willing to answer questions or make a statement or both, about the offense(s) under investigation. |
|  | I do not want a lawyer and I do not wish to make a statement or answer any questions. |
|  | I want a lawyer. I will not make any statement or answer any questions until I talk to a lawyer. |

I fully understand my rights and that my signature does not constitute an admission of guilt.

| SIGNATURE OF SUSPECT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
|  |  |

**AF IMT 1168, 19980401, V2**          PREVIOUS EDITIONS ARE OBSOLETE.          PAGE 1, OF  3  PAGES

## IV. STATEMENT

On or about 08:45 MSgt Johnson entered Ms. McGinty's office requesting clarification of Ms. Zellars request for official time off to prepare for her up coming appointment 17-May-05 with investigators. Present Ms. Warren and Ms. Jones-Sanders at that Ms. Zellars requested to be present in the meeting. Ms. Warren denied Ms. Zellars telling her she could not be present because this was a discussion with her supervisor. MSgt Johnson stated that Ms. Zellars requested the she be allowed to take 5 hours of official time on 13-May-05 and 8 hours of Official Time on 16-May-05 to prepare a response for investigator for a meeting scheduled 17-May-05. Ms. McGinty immediately starting making phone calls to Equal Opporunity Employment (EEO) and Labor Relations to get a clear understanding of what was consider a reasonable amount of time could be given to Ms. Zellars to prepare her response for the investigators. Unable to make contact with either agency Ms. Warren told MSgt Johnson it would be okay to grant Ms. Zellars the 5 hours of official time for 13-May-05 but wanted to touch bases with either EEO or Labor Relations before granting her request for 16-May-05. Within 30 to 45 minutes Col Jasinski and Ms. Zellars came to Ms. McGinty's office Col Jasinski requested that Ms. McGinty check to see how much annual leave Ms. Zellars had, before the Col could complete his sentence Ms. Zellars cut him off very insubordinate stating that she was not asking for leave she was requesting official time. At that point Col Jasinski stated that official time could be accomplished in the work place. Once again in a very insubordinate manner and raised voice toward the Col I'm going to EEO, I'm going to EEO and departed the work place. Ms. McGinty was able to get in contact with Mr. Lucas from EEO. Mr. Lucas to come over and provide guidance as to how official time should be requested Ms. Warren, Ms. McGinty and Ms. Jones-Sanders was present at the meeting. Management was given instruction to draft a letter and present it to Ms. Zellars for present and future request for official time. On or about 14:30 Ms. Zellars met with Ms. Warren and Ms. Jones-Sanders to be given a letter approving her request for official time on 13-May 05 and 16-May-05. This letter also provided Ms. Zellars with future requirement of requesting official time. Ms Zellars looked at the letter and stated to me that she would not sign the letter because it was not dated. I (Ms. Jones-Sanders) informed Ms. Zellars the letter would be dated when she signed it. Ms. Warren began to tell Ms Zellars why she was there stating she wanted to give her a letter that approve her official time and in the future what the requirement would be for any future request and to provide her with a copy of her Coredoc (position discription) for her job that she needed to sign. Ms. Warren stated that since her supervisor was not present she (Ms. Warren) would give it to her and offer to sit down with her and go over the Coredoc with her. At that time Ms. Zellars stated that since I (Ms. Jones-Sanders) was present she requested to have a witness present Mr. Warren said okay. Ms. Warren departed the office and returned abut 2 to 3 minutes later with Mr. Lepree. Ms. Warren indicated that since Mr. Lepree was not a resource person he should not be present. I (Ms. Jones-Sanders) stated the Mr. Lepree could be present as her witness. Ms. Zellars requested that Ms. Warren start over in presenting her this letter because before her witness was present she wanted to give her the letter for official time and her Coredoc. Ms. Warren began to tell her that she had been advise not to discuss her Coredoc with her until her suprevisor was present she now was only going to present her with the letter of official time. When Ms. Warren began telling her that she would be granted official time but it must be done in the work place Ms. Zellars immediately said she need time at home because all of the documents were there. Ms. Warren stated she could gather all the documents she durning her non duty hours and bring them in during her time of duty and work on putting everything together for the investigators Ms Warren also stated she would not be given any work to do when she was in official time. Ms. Zellars started to tell Ms. Warren that she has been assigned to her current section for over 55 days and at that point Ms. Warren stopped her to get back to the issue at hand. I was writing and looking down when out of the side of my left eye I say Ms. Warren stepped forward approximately four feet in front Ms. Zellars and then Ms. Warren said wait a minute, then all of sudden Ms. Zellars shouted you're threatening me, in a loud voice. Ms. Warren told her she was dismissed, stated it several more times and she and Mr. Lepree left the office. Ms. Zellars refused to sign for the receipt of the letter. The letter is dated at the bottom of my memo for record. ———————— END OF STATEMENT ——————————
Q: Was Ms. Warrens's voice raised anytime durning this meeting?———————— END OF STATEMENT ——————————
A: Yes

## V. OATH/SIGNATURE

*"I hereby voluntarily and of my own free will make this statement without having been subjected to any coercion, unlawful influence, or unlawful inducement. I swear (or affirm) I have read this statement, initialed all pages and corrections, and it is true and correct to the best of my knowledge."*

| SIGNATURE OF PERSON MAKING STATEMENT | SIGNATURE OF WITNESS/INTERVIEWER |
|---|---|
| *(signature)* | *(signature)* |

Subscribed and sworn to before me, a person authorized by law to administer oaths, this ___13 TH___ day
of ___MAy___, ___2005___ (year).

SIGNATURE OF PERSON ADMINISTERING OATH
*(signature)*

## VI. INSTRUCTIONS FOR CONTINUATION PAGE(S)

*Use plain bond paper (both sides optional). At the top right of each page, print or type "(Last name of individual making the Statement) on (Date)." At the bottom of each page, print or type: "Page ____ of ____Pages." The individual must initial the top and bottom entries and sign his/her name at the bottom of each page.*

AF IMT 1168, 19980401, V2    **(REVERSE)**

Jones-Sanders 20050513

Q:  At what point of the meeting did Ms. Warren raise her voice?
A:  When Ms. Zellars stated that she had been in her current position 55 day and tried to direct the meeting in a different direction.
Q:  Did Ms. Warren sound angry?
A:  No
Q:  In your estimation how would describe her tone?
A:  I would describe Ms. Warren tone as very frustrated
Q:  Did Ms. Warren appear to threaten Ms. Zellars at anytime?
A:  No
Q:  In reference to incident, is there anything that you would like to add to this statement?
A:  No.

Page 3 of 3 pages

Signature: _Sanders_

```
V05.10                      T&A TIMECARD FORMAT 1                    06/02/05
SITE ID     TAG    ACT    ORG    EMPLOYEE ID    DATE          NAME
11WING00   0800 FCMT    CEOE      578 72 0268 05 28 05  ZELLARS JUELITHIA G
SUP DATE EFF 05/01/05      EMP STA CD A    GR/UNGR IDC G    EMP TYP CD R    WKD SCD F
     DATE EFF 09/05/04      TA STA CD A    JON                              AWS 0
                 SUN     MON     TUE     WED     THU     FRI     SAT         PLTN ROT
TOUR (WK 1)      .00    8.00    8.00    8.00    8.00    8.00     .00
TYP HRS/SFT        0  RG  0  RG  0  RG  0  RG  0  RG  0           0
NIGHT DIFF       .00     .00     .00     .00     .00     .00     .00
TOUR (WK 2)      .00    8.00    8.00    8.00    8.00    8.00     .00
TYP HRS/SFT        0  RG  0  RG  0  RG  0  RG  0  RG  0           0
NIGHT DIFF       .00     .00     .00     .00     .00     .00     .00
```

|    | WK | DY | TYP HR | HOURS | JOB ORDER | E/H OTH | LST HR | TEM SFT | NIGHT DIFF | INJ NO | ALT IDC |
|----|----|----|--------|-------|-----------|---------|--------|---------|-----------|--------|---------|
| AC |    |    |        |       |           |         |        |         |           |        |         |
| _  | 1  | 2  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 1  | 3  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 1  | 4  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 1  | 5  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 1  | 6  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 2  | 2  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 2  | 3  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |
| _  | 2  | 4  | KC     | 8.00  | _____ | __      | N      | _       | _____     | _____  | _       |

2090   MORE T/A AVAILABLE

```
V05.10                    T&A TIMECARD FORMAT 1                    06/02/05
SITE ID    TAG    ACT    ORG    EMPLOYEE ID    DATE         NAME
11WING00   0800 FCMT    CEOE      578 72 0268 05 28 05  ZELLARS JUELITHIA G
SUP DATE EFF 05/01/05    EMP STA CD A    GR/UNGR IDC G    EMP TYP CD R    WKD SCD F
)   DATE EFF 09/05/04    TA STA CD A    JON                              AWS 0
              SUN      MON      TUE      WED      THU      FRI      SAT    PLTN ROT
TOUR (WK 1)   .00     8.00     8.00     8.00     8.00     8.00      .00
TYP HRS/SFT    0   RG  0   RG  0   RG   0   RG   0   RG   0          0
NIGHT DIFF    .00      .00      .00      .00      .00      .00      .00
TOUR (WK 2)   .00     8.00     8.00     8.00     8.00     8.00      .00
TYP HRS/SFT    0   RG  0   RG  0   RG   0   RG   0   RG   0          0
NIGHT DIFF    .00      .00      .00      .00      .00      .00      .00
```

| AC | WK | DY | TYP HR | HOURS | JOB ORDER | E/H OTH | LST HR | TEM SFT | NIGHT DIFF | INJ NO | ALT IDC |
|----|----|----|--------|-------|-----------|---------|--------|---------|------------|--------|---------|
| _  | 2  | 5  | KC     | 8.00  | _____ | _       | N      | _       | _____      | _____  | _       |
| _  | 2  | 6  | KC     | 8.00  | _____ | _       | N      | _       | _____      | _____  | _       |
| _  | _  | _  | __     | _____ | _____ | _       | _      | _       | _____      | _____  | _       |
| _  | _  | _  | __     | _____ | _____ | _       | _      | _       | _____      | _____  | _       |
| _  | _  | _  | __     | _____ | _____ | _       | _      | _       | _____      | _____  | _       |
| _  | _  | _  | __     | _____ | _____ | _       | _      | _       | _____      | _____  | _       |
| _  | _  | _  | __     | _____ | _____ | _       | _      | _       | _____      | _____  | _       |

```
2090  MORE T/A AVAILABLE
```

V05-10                          T&A TIMECARD FORMAT 1                    06/02/05
SITE ID      TAG    ACT    ORG      EMPLOYEE ID    DATE            NAME
11WING00    0800 FCMT    CEOE      578 72 0268  04 30 05  ZELLARS JUELITHIA G
SUP DATE EFF 01/09/05      EMP STA CD A    GR/UNGR IDC G    EMP TYP CD R    WKD SCD F
    DATE EFF 09/05/04      TA STA CD A    JON                              AWS 0
                 SUN      MON      TUE      WED      THU      FRI      SAT       PLTN ROT
TOUR (WK 1)      .00     8.00     8.00     8.00     8.00     8.00      .00
TYP HRS/SFT        0  RG    0  RG    0  RG    0  RG    0  RG    0         0
NIGHT DIFF       .00      .00      .00      .00      .00      .00      .00
TOUR (WK 2)      .00     8.00     8.00     8.00     8.00     8.00      .00
TYP HRS/SFT        0  RG    0  RG    0  RG    0  RG    0  RG    0         0
NIGHT DIFF       .00      .00      .00      .00      .00      .00      .00
              TYP                                           E/H LST TEM NIGHT  INJ  ALT
  AC WK DY HR  HOURS              JOB ORDER                 OTH HR  SFT DIFF   NO   IDC
  _  1  2  LS  8.00  _____  __  N  _  _____  ____  _
  _  1  3  LA  8.00  _____  __  N  _  _____  ____  _
  _  1  4  LA  8.00  _____  __  N  _  _____  ____  _
  _  1  5  RG  2.00  _____  __  N  _  _____  ____  _
  _  1  5  LA  6.00  _____  __  N  _  _____  ____  _
  _  1  6  RG  4.00  _____  __  N  _  _____  ____  _
  _  1  6  LS  4.00  _____  __  N  _  _____  ____  _
  _  2  2  LS  8.00  _____  __  N  _  _____  ____  _
2090   MORE T/A AVAILABLE

```
V05.10                    T&A TIMECARD FORMAT 1              06/02/05
SITE ID    TAG    ACT    ORG    EMPLOYEE ID    DATE           NAME
11WING00   0800 FCMT    CEOE       578 72 0268 04 30 05    ZELLARS JUELITHIA G
SUP DATE EFF 01/09/05      EMP STA CD A   GR/UNGR IDC G     EMP TYP CD R   WKD SCD F
   DATE EFF 09/05/04       TA STA CD A    JON                             AWS 0
              SUN     MON     TUE     WED     THU     FRI     SAT      PLTN ROT
TOUR (WK 1)   .00    8.00    8.00    8.00    8.00    8.00     .00
TYP HRS/SFT    0   RG  0   RG  0   RG  0   RG  0   RG  0       0
NIGHT DIFF    .00     .00     .00     .00     .00     .00     .00
TOUR (WK 2)   .00    8.00    8.00    8.00    8.00    8.00     .00
TYP HRS/SFT    0   RG  0   RG  0   RG  0   RG  0   RG  0       0
NIGHT DIFF    .00     .00     .00     .00     .00     .00     .00
```

|    | WK | DY | TYP HR | HOURS | JOB ORDER | E/H OTH | LST HR | TEM SFT | NIGHT DIFF | INJ NO | ALT IDC |
| AC |    |    |        |       |           |         |        |         |            |        |         |
|----|----|----|--------|-------|-----------|---------|--------|---------|------------|--------|---------|
| _  | 2  | 3  | LS     | 8.00  | _____ | __      | N      | _       | _____     | __     | _       |
| _  | 2  | 4  | KC     | 8.00  | _____ | __      | N      | _       | _____     | __     | _       |
| _  | 2  | 5  | KC     | 8.00  | _____ | __      | N      | _       | _____     | __     | _       |
| _  | 2  | 6  | KC     | 8.00  | _____ | __      | N      | _       | _____     | __     | _       |
| _  | _  | _  | __     | _____ | _____ | __      | _      | _       | _____     | __     | _       |
| _  | _  | _  | __     | _____ | _____ | __      | _      | _       | _____     | __     | _       |
| _  | _  | _  | __     | _____ | _____ | __      | _      | _       | _____     | __     | _       |
| _  | _  | _  | __     | _____ | _____ | __      | _      | _       | _____     | __     | _       |

```
2090  MORE T/A AVAILABLE
```

```
V05.10                        T&A TIMECARD FORMAT 1              06/02/05
SITE ID     TAG    ACT   ORG    EMPLOYEE ID    DATE            NAME
11WING00   0800 FCMT   CEOE     578 72 0268 04 16 05  ZELLARS JUELITHIA G
SUP DATE EFF 01/09/05       EMP STA CD A   GR/UNGR IDC G   EMP TYP CD R   WKD SCD F
    DATE EFF 09/05/04       TA STA CD A    JON                                  AWS 0
              SUN     MON     TUE     WED     THU     FRI     SAT          PLTN ROT
TOUR (WK 1)   .00    8.00    8.00    8.00    8.00    8.00    .00
TYP HRS/SFT    0  RG  0  RG  0  RG  0  RG  0  RG  0        0
NIGHT DIFF    .00     .00     .00     .00     .00     .00    .00
TOUR (WK 2)   .00    8.00    8.00    8.00    8.00    8.00    .00
TYP HRS/SFT    0  RG  0  RG  0  RG  0  RG  0  RG  0        0
NIGHT DIFF    .00     .00     .00     .00     .00     .00    .00
            TYP                                      E/H LST TEM NIGHT  INJ  ALT
AC WK DY HR    HOURS          JOB ORDER              OTH HR  SFT DIFF   NO   IDC
_  1  2  RG   8.00  _____          __  N  _  _____  ____  _
_  1  3  RG   8.00  _____          __  N  _  _____  ____  _
_  1  4  RG   8.00  _____          __  N  _  _____  ____  _
_  1  5  LS   8.00  _____          __  N  _  _____  ____  _
_  1  6  RG   8.00  _____          __  N  _  _____  ____  _
_  2  2  LS   8.00  _____          __  N  _  _____  ____  _
_  2  3  LS   8.00  _____          __  N  _  _____  ____  _
_  2  4  LS   8.00  _____          __  N  _  _____  ____  _
2090  MORE T/A AVAILABLE
```