UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Juelithia G. Zellars,            )
                                 )
    Plaintiff,               )
                                 ) Civil Action No. 05-1670 (RBW)
vs.                              )
                                 )
Ms. Terrie Warren,               )
                                 )
    Defendant.               )
                                 )

### DECLARATION OF 1LT TRAVIS C. GUIDT

I, 1Lt Travis C. Guidt, hereby declare and state as follows:

1. I am currently the Chief, Maintenance Engineering, for the 11th Civil Engineering Squadron (11 CES) at Bolling AFB. I have held this position since 11 Feb 2004. Since 1 June 2005, my immediate supervisor has been Lt Col Michael Rocchetti. My duties include leading a shop of 18 personnel in three sections, which provide service contract and engineering support to the 11th Wing and tenant units. I have been in the U.S. Air Force for three and one half years.

2. I know Ms. Juelithia Zellars. Ms. Zellars is employed as a Secretary (Office Automation), GS-0318-05, for the 11 CES and I am Ms. Zellars' first level supervisor.

3. Ms. Zellars has an erratic attendance record at 11 CES. Specifically, during leave year 2004, January 11, 2004, through January 8, 2005, Ms. Zellars was in a non-duty/non-pay status for approximately 817 hours, or approximately 40% of the 2008 hours scheduled. So far in leave year 2005, January 9, 2005, through August 20, 2005, Ms. Zellars has been in a non-pay/non-duty status for approximately 1013.25 hour or approximately 79% of the 1120 hours scheduled.

4. On March 18, 2005, I issued Ms. Zellars a Letter of Counseling and Concern which cautioned Ms. Zellars that her unscheduled/unplanned absences would no longer be routinely approved

unless Ms. Zellars had a bona fide reason for being absent and followed appropriate leave procedures.

5. On June 27, 2005, I sent Ms. Zellars a Letter of Intent. This letter asked Ms. Zellars if she intended to return to her position and noted her inability to maintain a regular work schedule.

6. On July 20, 2005, I issued Ms. Zellars a Letter of Counseling and Leave Restriction which set forth my continuing concerns about Ms. Zellars' continuing excessive use of unscheduled leave and tardiness. This letter also placed strict requirements on how and when Ms. Zellars could request leave in the future.

7. On August 3, 2005, I proposed Ms. Zellars' removal from Federal service. This was a non-disciplinary removal based upon non-availability for duty. Ms. Zellars has not responded to this proposed removal action and the Deciding Official in the removal action, Col Jasinski, is deliberating about the proper course of action to take.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this __6__ day of __September__, 2005.

TRAVIS C. GUIDT, 1Lt, USAF