**Certificate of Service**

I certify I caused a copy of the foregoing Memorandum in Opposition to Request for Temporary Restraining Order to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 6th day of September 2005.

    KEVIN K. ROBITAILLE
    Special Assistant U.S. Attorney
    555 4th Street, NW
    Washington, D.C. 20530
    (202) 353-9895