Case: 05-1670-(RBW)  Filed 8/31/05 /Doc___  Page 5 of 17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>Plaintiff,<br><br>v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1670-(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO RESPOND TO THE DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND

Your Honor, the Plaintiff, is Pro Se and has made a good faith effort to resolved this complaint, however, if the Defendant requests an extension until September 29, 2005, to prepare to have an hearing, with the Plaintiff and Judge Walton, then that is acceptable. The Defendant has reprisal against the Plaintiff since May 13, 2005, that needs to be taken in consideration, which has impede the Plaintiff's health, damage her career and garnish her wages. The importance of these accusations can become null and void in communicating through documentation only and at this time not acceptable without an hearing. Attorney Robitaille has had appropriate time to investigate, analyze the matter to prepare for an appropriate defense. By filing this motion, Plaintiff does not waive her rights to raise all defenses available to the Federal Rules of Civil

RECEIVED
AUG 3 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Case: 05-1670-(RBW)  Filed 8/31/05 /Doc____ Page 6 of 17

Procedure, including but not limited to any rule pertaining. Plaintiff attempted to contact Attorney to obtain his position on the relief sought in this motion but has been unable to reach him.

Respectfully submitted,

*[signature]*

JUELITHIA G. ZELLARS, Pro se
1708 Dennis Court
Forestville, Maryland 20747
(301) 324-1107