Case: 05-1670-(RBW)   Filed 8/31/05   /Doc ____   Page 9 of 17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>Plaintiff,<br><br>v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO CONTINUE TEMPORARY RESTRAINER ORDER

"The incident took place on May 13, '05 in Washington, DC, 11th Civil Engineer Sq, Bldg. 370 Brookley Ave, Bolling AFB, Ms. Warren, 11 CES/CD became angry, raised her voice and pointed-her fingers at the Plaintiff, she rush twice towards me, as to indicate she was going to hurt me. I though she was going to hurt me-do-some type of bodily harm." See Mr. Lepree Statement- (witness statement). Plaintiff request to Continue the Temporary Restraining Order for at least two years. Court document dt Aug 22, 05, does not dismiss any previous orders or hearings. The Defendant, Ms. Warren has committed reprisal against the Plaintiff since May 13, 2005, and continues harassing the Plaintiff by damaging the Plaintiff's career by depriving her of training and development and placing stress on the Plaintiff to affect her health. Plaintiff request assistance. The

1

Case: 05-1670-(RBW) Filed 8/31/05 /Doc_____ Page 10 of 17

Defendant has placed the Plaintiff on AWOL while on sick or other leave, Leave Restrictions, Letters of Counseling without reason, garnishing her wages without cause, the Plaintiff is not given any work assignments without cause, however, the Plaintiff, continues to asks for assignments. The Defendant without cause will not give the Plaintiff any work. Leadership upon her command are following her tone to hinder the Plaintiff's career and health. Previously, the Defendant removed the Plaintiff from her previously position in August 2004, without cause and the Plaintiff had received a 9 on her evaluation in 2003 for Outstanding for Management in that position. The Defendant has not granted the Plaintiff an evaluation for the year 2004-2005. By filing this motion, Plaintiff does not waive her rights to raise all defenses available to the Federal Rules or Civil Procedure including but not limited to any rule pertaining. Plaintiff attempted to contact Attorney to obtain his position on the relief sought in this motion but has been unable to reach him.

Respectfully submitted,

*/s/ Juelithia G. Zellars*
JUELITHIA G. ZELLARS/Pro Se
1708 Dennis Court
Forestville, Maryland 20747
(301) 324-1107

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## OFFICE OF THE JUDGE IN CHAMBERS

TO: _Terrie Warren_   CASE NO.: _05 CA 5636_

### NOTICE

You are hereby notified that there will be a "status hearing" on Plaintiff's request for a Preliminary Injunction against you, on

_9/9/05_, at _11:00_ a.m./~~p.m.~~ at D.C. SUPERIOR
(date)         (time)

COURT, 500 Indiana Avenue, N.W., on Civil Calendar # __1__.

Please check-in with the CIVIL ASSIGNMENT OFFICE, Room JM-130, John Marshall level, for Courtroom location.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

_Juelithia D. Zellars_
**Plaintiff**

vs.

C.A. No. 05-005634

_Terrie Warren_
**Defendant**

## ORDER

Upon consideration of the plaintiff's application for a Temporary Restraining Order, and the record herein, it is by the Court this 23rd day of August, 2005, hereby **Ordered**, that;

1. That the application for a Temporary Restraining Order be, and the same is, hereby **granted.**

2. Defendant shall not ✓assault, ✓threaten, ✓harass, or ___physically abuse Plaintiff in any manner.

3. Defendant shall stay at least 100 feet away from the Plaintiff's ✓person, ✓home, ___workplace, and _____.

4. Defendant shall not contact the Plaintiff in any manner, including but not limited to: ✓telephone, ✓in writing,

1

*by facsimile, e-mail*

or ✓ in any other manner either directly or indirectly through a third party.

Further **ORDERED**, that this Order shall expire on the 9th day of September, 2005, unless extended for a like period for good cause shown; and that the parties shall next appear in Court on the 9th day of September, 2005, at 11:00 a.m. before Judge Fisher, Calendar # 1, for the setting of a hearing date on the Plaintiff's Motion for Preliminary Injunction.

_____Bruce D. Beaudin_____
JUDGE

A TRUE COPY

2