## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>        Plaintiff,<br><br>   v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>        Defendant | )<br>)<br>)<br>)<br>)  Civil Action No.  05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Plaintiff's Motion for Temporary Restrainer Order for the entire record for this case, it is hereby

Ordered that Plaintiff's Motion for (Continued) Temporary Restraining Order is GRANTED, and it is

Further ORDERED that the Temporary Restraining Order valid for 2 years, September 1, '07,

1. Defendant shall not Assault, Threaten, Harass.

2. Defendant shall stay at least 100 feet away from Plaintiff's Person, Home.

3. Defendant shall not contact the Plaintiff in any manner including but not limited to telephone, in writing by facsimile, email or in any other manner either directly or indirectly. through a third party.

Date this _____ day of _____ 2005.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE