Case: 05-1670-(RBW) Filed _8/31/05_ /Doc___     Pag __3__ of _17_

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Juelithia G. Zellars                    )
1708 Dennis Court                       )
Forestville, Maryland  20747            )
                                        )
          Plaintiff,                    )    Civil Action No.   05-1670- (RBW)
                                        )
     v.                                 )
                                        )
Ms. Terrie Warren,                      )
11th Civil Engineer Squadron            )
Deputy Base Civil Engineer              )
370 Brookley Avenue                     )
Bollin, AFB, Wash DC 20032              )
                                        )
          Defendant                     )

---

## PLAINTIFF'S MOTION TO RESPOND TO NOTICE OF REMOVAL OF A CIVIL ACTION

Please be advised, that the Defendant in this action partially filed, a Petition for Removal, with

the Clerk of the United States District Court of the District of Columbia on August 22, 2005,

from the Superior Court of the District of Columbia, Civil Division. The Judge, Chambers,

of the Superior Court had scheduled a hearing on August 23, 2005 at 2:30p.m., but the Defendant

and Attorney did not show, after the Defendant was properly served by server on August 5,

2005. The Court granted the TRO to Plaintiff to September 9, '05 with hearing, later canceled,

due to Judge's calendar, another hearing was scheduled for September 16, 2005, before Notice

of Removal was filed. The military base police reports of Plaintiff's and Plaintiff's witness was

submitted to Judge, Chambers in the Superior Court on July 21, 2005, Complaint for harassment.

1

**RECEIVED**

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 05-1670-(RBW) Filed ___8/3/05___ /Doc___    Page _4_ of _17_

Ms. Warren had violated the Code of Conduct DoD 5500.7-R, the Joint Ethics Regulation and

Air Force Instr.36-703, Ref: Standards of Conduct and individual responsibility applicable to

government service. Harassment, violent gestures, expressions or malicious behavior that

communicate a director or indirect threat of physical harm are consider as federal offenses, and

therefore, are not tolerated by the Federal Government. Review witness report attached. The

Defendant did not included the Plaintiff's entire report, in the Motion to Removal, the police

reports, of Plaintiff's and Plaintiff's witness were not a part of the Defendant's Motion, and they

should had been. The Superior Court of the District of Columbia "shall proceed no further

unless and until the case is remanded." Judge's Orders, (TRO) scheduled meetings were

established and granted by the Judge, Chambers of the Superior Court, before the Defendant's

Motion for Notice of Removal was filed at the District Court. A copy of complaint and other

court findings received by the U.S. Superior Court of the District of Columbia, Civil Division is

attached as Exhibit A. Plaintiff attempted to contact the attorney of the Defendant to

obtain his position on the relief sought in this motion but was unable to reach him.

Respectfully submitted,

JUELITHIA G. ZELLARS, Pro Se
1708 Dennis Court
Forestville, Maryland 20747
(301) 324-1107

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the enclosed Plaintiff's Motion to Respond to Notice of Filing Notice of Removal of a Civil Action, Plaintiff's Motion to Respond to Notice of Removal of a Civil Action, Plaintiff's Motion to Respond to the Defendant's Motion for an Enlargement of Time Within Which to Answer, Move Otherwise Respond, Plaintiff's Motion for an Hearing, Plaintiff's Motion to Continue Temporary Restrainer Order and Plaintiff's Motion For Monetary and Remedies, Plaintiff's Motion of Attachments Submitted on August 31, 2005 to be mailed by first class mail on August 31, 2005 to:

Kevin K. Robitaille
Special Assistant U.S. Attorney

August 31, 2005

JUELITHIA G. ZELLARS
1708 Dennis Court
Forestville, Maryland  20747
(301) 324-1107