Case: 05-1670-(RBW)   Filed _____/Doc___   Page ___ of ____

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>   Plaintiff,<br><br>  v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>   Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Upon consideration of Plaintiff's Motion to Respond to the Notice of Filing Notice of Removal of a Civil Action case shall be remanded and to proceed further, GRANTED, it is hereby

ORDERED that the Defendant shall not deviate court's decision

FURTHER ORDER that Defendants shall nor pursuit reprisal against Plaintiff.

Date this _____ day of _____ 2005.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to:
Kevin K. Robitaille
Special Assistant U.S. Attorney

Juelithia G. Zellars, Plaintiff