Case: 05-1670-(RBW) Filed 8/31/05 /Doc____ Page 12 of 17

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>    Plaintiff,<br><br>    v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>    Defendant | )<br>)<br>)<br>)<br>)  Civil Action No.  05-1670-(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR MONETARY AND REMEDIES

The Defendant rushed twice towards the Plaintiff as to indicate she was going to hurt her

without justification. She simply performed in a malicious manner. (See witness report).

The Defendant, Ms. Warren holds a prestigious position, she is the Deputy Base Civil Engineer

for the 11th Civil Engineer Squadron at Bolling AFB, Wash DC, however, she has committed a

civil offense, and has violated the Code of Conduct/Ethics DoD 5500.7-R, the Joint Ethics

Regulation of the Air Force Instruction. 36-703, Ref: Standards of Conduct and individual

responsibility, applicable to government service. Harassment, violent gestures, expressions are

prohibited in the Federal Government. There is no justification for the Defendant's actions there

are numerous readings on the subject– local Memorandum of Agreement (MOA), American

Federation of Government Employees, AFGE Local 1092, AFL-CI0 the federal statute. AFI

36-703, Civilian Conduct and Responsibility, AFI 36-2909, Professional and Unprofessional

Relationship.

# RECEIVED 1

AUG 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant, Ms Terri Warren has reprise reprisal against the Plaintiff since May 13, 2005,

harassing the Plaintiff by damaging the Plaintiff's career by depriving her of training,

development and performance feedback(s).  Placing the Plaintiff at a disadvantage in the

workforce.  The Defendant has placed stress upon the Plaintiff to deteriorate her health and

spirit.  The Defendant has placed the Plaintiff on AWOL repeatedly while on sick leave without

reason, placed her on Leave Restrictions, Letters of Counseling without reason, garnishing her

wages without reason, the Plaintiff is not given any work assignments without reason,  (maybe 1

envelop to type or 1 letter to fax or very little for the entire day) however, the Plaintiff

continues to asks for assignments.  The Defendant is a supervisor that oversees hundreds of

subordinates and without cause, she will not give the Plaintiff any work.  Leadership under the

Defendant's conspired to hinder the Plaintiff's health and career.  The Defendant removed the

Plaintiff from her previous position, without reason and the Plaintiff had received a 9 on her

evaluation in '2003 for Outstanding Performance in Management.  The Defendant has not

granted the Plaintiff an evaluation for the year '2004 -'2005 and the Defendant has tried to

belittle the Plaintiff and make her feel useless.  The Plaintiff beseech the Court for assistance and

to award her monetary.  The Plaintiff finds it very difficult to work, in this hostile environment.

The Plaintiff has suffered enough and has a neurological problem presently under doctor's care.

On May 13, 2005, the Plaintiff condition was aggravated by the supervisor, Defendant, Ms.

Terri Warren.  The Plaintiff request the Courts permission to be granted the maximum award of

monetary and remedies or as the Court deems appropriate.  Monetary awards and remedies are

negotiable and are listed below.

2

Case: 05-1670-(RBW)    d 8/31/05    /Doc    Page    6 of 17

**Remedies:**  Plaintiff does not waive her rights to raise all defenses available to the Federal Rules of Civil Procedure, including but not limited to any rule pertaining.

1. Stop reprisal and harassment practices.
2. Pay all medical bills in full from 5/13/05 without taxed to Plaintiff immed.
3. Work Assignments / Awards / Entitlement to any back pay (CA-1 injury form pay immed. (See Attached)
4. Job title changed (professional title/GS-9) with series and grade w/upward mobility
5. Monetary award $350,000.00 without taxed for assault from Ms. Terri Warren
6. Monetary award $180,000.00 without taxed for damages from AWOL or the like
7. GS 9 Grade Promotion w/Upward Mobility – Title Change to a professional series w/upward mobility.
8. GS-9 Back Pay 2000/Yr-Present
9. Effect immed. (Flex) AWS Day / every 2nd Monday, 1st Friday/of the week/8 hour day
10. Correct all Appraisal Ratings to read correct dated, salary, rating, accomplishments Ex. dt 4/'03. Ex: See documents dated June 6, 03, to present . Rating for 2004-2005 with all 9's rating. Only 1 971 folder per employee not 3 folders  / Appraisal for 2004-2005 with all 9's for rating
11. Purge Employee File 971, take out all derogatory data, Counseling Ltrs, emails forms CMSgt Roy, and AIC Thompson and all derogatory documents, duplicated information and construct 971 folder in a uniform manner, purge all AWOL, emails and the like.  Rectify all AWOL and restore  records to Regular pay. Employee receives check immediately.
12. Award 240 hours of Annual Leave or maximum
13. Award 240 hours of Sick Leave or maximum
14. Additional duty, if remain as Secretary/GS9 (Human Relations/General GS/9 + to present CORE Doc as additional duty    GS9—318 Series/SecretaryOA
15. Restore Complainant all rights, and as Secretary/OA GS-9 Position and Office to: 11 CES/CEO's GS-318/9 Secretary/OA w/Professional Title, GS/9 (Human Relations/Resources/General  or GS/9 Human lations/Resources/General/OA— Additional Duty Secretary/OA GS/9
16. Exempt from all RIFs Suspensions or the like / All records restore -- personnel, retirement actions

3

17. Original work hours 7:30AM to 4:00PM and AWS reflecting 7:30A to 5:00 or the like
18. Pay all Court and filing fees and additional costs (parking, garage tickets) without taxed
19. Monetary award as Court deem appropriate $_____.
20. These remedies are negotiable
21. These remedies are subject to change

By filing this motion, Plaintiff does not waive her rights to raise all defenses available to the

Federal Rules or Civil Procedure including but not limited to any rule pertaining. Plaintiff

attempted to contact Attorney to obtain his position on the relief sought to this motion but has

been unable to reach him.

*Medical Bills, Total Court and Filing fees, Other Expenses have not yet been determine.

Respectfully submitted,

Juelithia G. Zellars
1708 Dennis Ct
Forestville, MD 20747
(H) (301) 324-1107

Case: 05-1670-(RBW)  Filed  8/31/05  /Doc____    Pag__ 7 of 17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>       Plaintiff,<br><br>    v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>      Defendant | )<br>)<br>)<br>)<br>)   Civil Action No.   05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>).<br>)<br>)<br>) |

## PLAINTIFF'S MOTIONS OF ATTACHMENTS SUBMITTED ON AUGUST 31, 2005

Copies Submitted to Judge Walton, J. RBW:
__Page 1 of 1_____
**One Package**
Notice of Hearing Sept 9, 2005
Order dated August 23, 2005
Notice of Hearing August 23, 2005
CA Form 1 (Superior Court)
Motion (TRI) / (PT) dated July 21, 05
Complaint (Form) dt 7/21/05
Initial Order for: Oct.28, 2005
Statement of Suspect/Witness/Complainant
  (Military Police Report date 5/13/05
Statements: Juelithia G. Zellars Plaintiff
           Bryan Keith Lepree (Witness for Plaintiff)
           Jones- Sander, Greta D. (Witness for Defendant)

T& A Timecard Format 1 (show --KC AWOL should read Sick Leave (sl) others documents not shown) 5 pgs.

Memo dt August 22, 05/  Judge Walton
Form CA-1     Condition/Medical / Medical statement dt 7/29/05
Physicians Report (4 pgs)
medical statement 13 pgs.
Workplace Conduct & Responsibilities dt Mar 17 2004
AWS Schedule Option Form (To be signed) Dr. statement dt Aug 1, 2005/ 4 pgs.)
Civilian Rating of Record dt '2003 – '2004 (See 2nd pg. (Work Management) (2pgs.)
Feedback/ Civilian Progress Review Worksheet  (2 pgs)

1

*handwritten notes across top:*
Received 8 Aug '05
MSgt David Zaretta
Superintendent, MAXS Engineer
For Lt. Travis Gundt

**Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation**

Assistant 8/8/05 (CM)
Civilian Personnel

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

### Employee Data

| 1. Name of employee (Last, First, Middle) | | 2. Social Security Number |
|---|---|---|
| Zellars Juslithia G. | | 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 |

| 3. Date of birth Mo. Day Yr. | 4. Sex | 5. Home telephone | 6. Grade as of date of injury |
|---|---|---|---|
| 8 17 53 | ☐ Male ☒ Female | (301) 324-1107 | Level 5 Step 10 |

7. Employee's home mailing address (include city, state, and ZIP code)
1708 Dennis Ct. Forestville, Maryland 20747

8. Dependents
☐ Wife, Husband
☐ Children under 18 years
☐ Other

### Description of Injury

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine) Ms Terri Warren's office Bldg. 370, 2nd Floor
11th Civil Engineer Sq. / 370 Brookley Ave (2nd Floor) Building (Bolling AFB) Wash. D.C.

| 10. Date injury occurred Mo. Day Yr. | Time | 11. Date of this notice Mo. Day Yr. | 12. Employee's occupation |
|---|---|---|---|
| 5 13 05 | Approx 3:30 ☐ a.m. ☒ p.m. | 7 26 05 | Secretary |

13. Cause of injury (Describe what happened and why)
I was in Ms Terri Warren's office, 11CES/CD. She became angry, raised her voice and pointed her fingers at me, she rushed twice towards me, as to indicate she was going to hurt me, I thought so—the stress caused nerve pain, Ms Warren's actions caused me to miss weeks from work See Rpt.

14. Nature of injury (Identify both the injury and the part of body, e.g., fracture of left leg)
Head, neck, back injury neurological problems (witness Rpt 5/13/05)

| a. Occupation code |
| b. Type code | c. Source code |
| OWCP Use - NOI Code |

### Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☒ b. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☒ a. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf  Juslithia G. Zellars  Date 7/26/05

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

Have your supervisor complete the receipt attached to this form and return it to you for your records.

### Witness Statement

16. Statement of witness (Describe what you saw, heard, or know about this injury)

| Name of witness | Signature of witness | | Date signed |
|---|---|---|---|
| Address | City | State | ZIP Code |

Form CA-1
Rev. Apr. 1999

**Authorization for Examination And/Or Treatment**

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

The following request for information is required under (5 USC 8101 et. seq.). Benefits and/or medical services expenses may not be paid or may be subject to suspension under this program unless this report is completed and filed as requested. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and OMB Cir. No. A-108.

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

OMB No.: 1215-0103
Expires:   10-31-99

## PART A - AUTHORIZATION

1. Name and Address of the Medical Facility or Physician Authorized to Provide the Medical Service:

David T. Isaacs, M.D.
Emerson L. Coronel, M.D.
5001 Silver Hill Rd, Suite 101
Suitland, MD 20746-5215

*SEE ATTACHED*

2. Employee's Name (last, first, middle)

3. Date of Injury (mo. day, yr.)

4. Occupation

5. Description of Injury or Disease:

6. You are authorized to provide medical care for the employee for a period of up to sixty days from the date shown in item 11, subject to the condition stated in item A, and to the condition indicated either 1 or 2, in item B.

A.  Your signature in item 35 of Part B certifies your agreement that all fees for services shall not exceed the maximum allowable fee established by OWCP and that payment by OWCP will be accepted as payment in full for said services.

B.  ☐ 1. Furnish office and/or hospital treatment as medically necessary for the effects of this injury. Any surgery other than emergency must have prior OWCP approval.

☐ 2. There is doubt whether the employee's condition is caused by an injury sustained in the performance of duty, or is otherwise related to the employment. You are authorized to examine the employee using indicated non-surgical diagnostic studies, and promptly advise the undersigned whether you believe the condition is due to the alleged injury, or to any circumstances of the employment. Pending further advice you may provide necessary conservative treatment if you believe the condition may be to the injury or to the employment.

7. If a Disease or Illness is involved, OWCP Approval for Issuing Authorization was Obtained from: (Type Name and Title of OWCP Official)

8. Signature of Authorizing Official:

9. Name and Title of Authorizing Official: (Type or print clearly)

10. Local Employing Agency Telephone Number:

11. Date (mo., day, year)

12. Send one copy of your report: (Fill in remainder of address)

U.S. DEPARTMENT OF LABOR
Employment Standards Administration
Office of Workers' Compensation Programs

13. Name and Address of Employee's Place of Employment:

Department of Agency

**Department of the Air Force
11th WG/DPCWE
110 Luke Avenue, Suite 300
Bolling AFB, DC 20332-0300**

### Public Burden Statement

We estimate that it will take an average of 5 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Workers' Compensation Programs, U.S. Department of Labor, Room S-3229, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

DO NOT SEND THE COMPLETED FORM TO THIS OFFICE

Form CA-16
Rev. Jan. 1997

**PART B - ATTENDING PHYSICIAN REPORT**

14. Employee's Name (last, first, middle)

*Williams G Joel Irma*

15. What History of Injury or Disease Did Employee Give You?

*Nearly Arrested by Supervisor 5/8/05. Initial injury Sexual*

16. Is there any History or Evidence of Concurrent or Pre-existing Injury, Disease, or Physical Impairment? (If yes, please describe)

☐ Yes   ☐ No

16a. IDC-9 Code

17. What are Your Findings? (Include results of X-rays, laboratory tests, etc.)

18. What is Your Diagnosis?

18a. IDC-9 Code

19. Do You Believe the Condition Found was Caused or Aggravated by the Employment Activity Described? (Please explain your answer if there is doubt)

☐ Yes   ☐ No

20. Did Injury Require Hospitalization?   ☐ Yes   ☑ No

If yes, date of admission (mo., day, year)

Date of discharge (mo., day, year)

21. Is Additional Hospitalization Required?

☐ Yes   ☐ No

22. Surgery (If any, describe type)

23. Date Surgery Performed (mo., day, year)

24. What (Other) Type of Treatment Did You Provide?

25. What Permanent Effects, If Any, Do You Anticipate?

26. Date of First Examination (mo., day, year)   27. Date(s) of Treatment (mo., day, year)   28. Date of Discharge from Treatment (mo., day, year)

29. Period of Disability (mo., day, year) (If termination date unknown, so indicate)

Total Disability: From          To
Partial Disability: From          To

30. Is Employee Able to Resume

☐ Light Work          Date:
☐ Regular Work          Date:

31. If Employee is Able to Resume Work, Has He/She been Advised?   ☑ Yes   ☐ No   If Yes, Furnish Date Advised

32. If Employee is Able to Resume Only Light Work, Indicate the Extent of Physical Limitations and the Type of Work that Could Reasonably be Performed with these Limitations.

33. General Remarks and Recommendations for Future Care, if Indicated. If you have made a Referral to Another Physician or to a Medical Facility, Provide Name and Address.

34. Do You Specialize?   ☑ Yes   ☐ No   (If yes, state specialty)

35. SIGNATURE OF PHYSICIAN. I certify that all the statements in response to the questions asked in Part B of this form are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact which is knowingly made may subject me to felony criminal prosecution.

36. Address (No., Street, City, State, ZIP Code)

37. Tax Identification Number

38. National Provider System Number

39. Date of Report

**MEDICAL BILL:** Charges for your services should be presented to the AMA standard "Health insurance Claim From" (AMA OP 407/408/409; OWCP-1500a, or HCFA 1500). Service must be itemized by Current Procedural Terminology Code (CPT 4) and the form must be signed.

## INSTRUCTIONS FOR AUTHORIZING OFFICIAL FOR COMPLETION OF PART A

**SELECTION OF PHYSICIAN**

○ A Federal employee injured by accident while in the performance of duty has the initial right to select a physician of his/her choice to provide necessary treatment. The supervisor shall immediately authorize examination and appropriate medical care by use of Form CA-16 issued to either a United States medical officer/hospital or any duly qualified physician/ hospital of the employee's choice.

If the employee elects to be treated by a private physician, a copy of the American Medical Association standards billing form (AMA OP 407/408/409; OWCP-1500a) should be supplied together with Form CA-16.

A physician who is debarred from the FECA program as provided at 20 CFR 10.450-457 may not be authorized to examine or treat an injured Federal employee.

Generally, 25 miles from the place of injury, employing agency, or the employee's home is a reasonable distance to travel for medical care; however, other pertinent factors must also be considered.

**PERIOD OF AUTHORIZATION**

○ Form CA-16 is valid for up to sixty days from date of issuance, and may be terminated earlier upon written notice from OWCP to the provider. It should not be used to authorize a change of physicians after the initial choice is exercised by the employee.

**FEDERAL MEDICAL FACILITIES**

○ U.S. medical facilities include Public Health Service, Military, or VA hospitals. Federal health service facilities (health units) established under 5 USC 7901 are not U.S. medical facilities as used herein (see 20 CFR 10.400).

**DEFINITION OF INJURY**

○ The term "injury" includes damage to or destruction of medical braces, artificial limbs and other prosthetic devices. Eyeglasses and hearing aids are included only if the damages were incidental to a personal injury which required medical services. Treatment for illness or disease should not be authorized unless approval is first obtained from OWCP.

**DEFINITION OF PHYSICIAN**

○ The term "physician" includes doctors of medicine (MD), surgeons, podiatrists, dentists, clinical psychologists, optometrists, chiropractors and osteopathic practitioners within the scope of their practice as defined by State law. The reimbursable services of chiropractors under the FECA are limited by statute to physical examination, related laboratory tests and X-rays to diagnose a subluxation of the spine; and treatment consisting of manual manipulation of the spine to correct a subluxation demonstrated by X-ray.

**FORM COMPLETION**

○ Part A shall be completed in full by the authorizing official. The authorization is not valid unless the name and address of the physician or hospital is entered in Item 1 and the signature of the authorizing official appears in Item B. Check B1 or B2 or Item 6, whichever is appropriate. In case of illness or disease, only Box B2 may be checked.

Show the address of the proper OWCP Office in Item 12. Send original and one copy of Form CA-16 to the medical officer or physician. If issued for illness or disease, a copy must also be sent to OWCP.

**ADDITIONAL INFORMATION**

○ See 20 CFR and/or Chapter 810, Federal Personnel Manual (FPM).

## INFORMATION OR PHYSICIAN

**YOUR AUTHORIZATION**

⊙ Please read Part A of Form CA-16. You are authoreized to examine and provide treatment for the injury or disease described in Item 5, for a period of not more than 60 days from the date of issuance, subject to the conditions in Item 6. A physician who is debarred from the FECA program as provided at 20 CFR 10.450-457 may not be authorized to examine or treat an injured Federal employee. Authorization may be terminated earlier upon written notice from OWCP. For extension of the authorization to treat beyond the 60 day period, apply to the office shown in Part A, Item 12.

**USE OF CONSULTANTS AND HOSPITALS**

⊙ You may utilize consultants, laboratories and local hospitals, if needed. Authorize semi-private accomodations unless a private room is medically necessary. Ancillary treatment may be provided to a hospitalized employee as necessary.

**REPORTS**

⊙ After examination, complete items 14 through 39, of Part B, and send your report, together with any additional narrative or explanatory material, to the address listed in Part A, Item 12. If the employee sustained a traumatic injury and is disabled for work, reports on Form CA 17, "Duty Status Report" may be required by the employing agency during the first 45 days of disability. If disability continues beyond 45 days, monthly reports should be submitted. Reports from all consultants are also required. Delay in submitting medical reports may delay payment of benefits.

**RELEASE OF RECORDS**

⊙ Injury reports are the official records of OWCP. They shall not be released to anyone nor may any other use be made of them without the approval of OWCP.

**BILLING FOR SERVICES**

⊙ OWCP requires that charges be itemized using the AMA standard "Health Insurance Claim Form" (AMA OP 407/408/409; OWCP-1500, or HCFA-1500). Each procedure must be identified, in Column 24 C of the form, by the applicable Current Procedural Terminology (4th edition) Code CPT 4). A copy of the form may be supplid by the employee at the time treatment is sought.

⊙ Payment for chiropractic services is limited to charges for physical examinations, related laboratory tests, and X-rays to diagnose a subluxation of the spine; and treatment consisting of manual manipulation of the spine to correct a subluxation demonstrated by X-ray.

**TAX IDENTIFICATION NUMBER**

⊙ The provider's Tax Identification Number (TIN) is an important identifier in the OWCP system. To speed processing and to reduce inaccuracy of payment, the provider's TIN (Employer Identification Number or SSN) should be shown on all reports and billings submitted to OWCP. If possible, providers should decide on a single TIN - either corporate or personal - which is used consistently on OWCP claims.

**ADDITIONAL INFORMATION**

⊙ Contact the OWCP shown in Item 12 of Part A.

**Please Remove These Instructions Before Submitting Your Report.**

Ms. Juelithia Zellars was absent from work:

05/16/05-  05/19/05
05/20/05 - 05/25/05
05/26/05 - 05/30/05
06/03/05 - 06/07/05
06/21/05 - 07/05/05
07/06/05 - 07/08/05
07/13/05 - 07/14/05
07/18/05 - 07/19/05
07/26/05 - 08/01/05
08/02/05 - 08/05/05
08/08/05 - 08/12/05
08/15/05 - 08/22/05
08/24/05 - 08/25/05

**RETURN TO WORK OR SCHOOL**

*Revised original*
*13 July 2005*
*David ZARELLA*
*Dr. All MST USAF*
*NCES/CEDE*

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

Date 5/19/05

This is to certify that *Juelithia Zellars*

has been under my care for the following:

*Medical Treatment*
*for Nerve Pain*
*05/16 — 05/19*

and is able to return to ☒ work   ☐ school on 5/20/05

Remarks: _____

Signature: _____

---

**RETURN TO WORK OR SCHOOL**

*received original*
*13 July 2005*
*David ZARELLA*
*Dr. All MST USAF*
*NCES/CEDE*

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

Date 5-26-05

This is to certify that *Juelithia Zellars*

has been under my care for the following:

*medical care*

*Stomach problems/chest pain*

and is able to return to ☐ work   ☐ school on _____

Remarks: *difficult)*

*5-26-05 thru 5-30-05*
*Returning 5-31-05*

Signature: _____

---

**RETURN TO WORK OR SCHOOL**

*received original*
*July 2005*
*David ZARELLA*
*Dr. All MST USAF*
*NCES/CEDE*

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

Date 5/23/05

This is to certify that *Juelithia Zellars*

has been under my care for the following:

*medical treatment*
*for Nerve pain & Stomach*
*Virus - 5/20 — 5/25*

and is able to return to ☒ work   ☐ school on 5/26/05

Remarks: _____

Signature: _____

**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

*recived original*
*July 2005*
*David Zorilla HSC*
*with call* *USM*
*HCES/Cour*

Date __June 7, 2005__

This is to certify that

__Suelithia Zellars__

has been under my care for the following:

__Medical Illness / Nerve Pain__

__On June 3, 2005    to June 7, 2005__

and is able to return to ☒ work   ☐ school   on __June 8 2005__

Remarks: _____

_____

_____

Signature: _David Coronel_____

*Received original*
*.3 July 2005*
*David ZARELLA*
*love.... MSGT USAF*
*11 CES/CEDE*

### RETURN TO WORK OR SCHOOL

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date **6/30/05**

This is to certify that *Zuelithia Zellars*

has been under my care for the following:
*medical treatment*
*for illness*
*06/21 – 7/5*

and is able to return to ☒ work ☐ school on **7/6/05**

Remarks:
*Patient missed work due to*
*allergic reaction to Rx*
*Nerve pain & medical*
*testings.*

Signature: _____

---

*Received original*
*.3 July 2005*
*David ZARELLA*
*love.... MSGT USAF*
*11 CES/CEDE*

### RETURN TO WORK OR SCHOOL

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date **7/8/05**

This is to certify that *Zuelithia Zellars*

has been under my care for the following:
*medical treatment*
*for nerve pain*
*07/06 – 07/08*

and is able to return to ☒ work ☐ school on **07/11/05**

Remarks: _____

Signature: _____

**EMERSON L. CORONEL M.D.**
5001 Silver Hill Road, S    101
Suitland, Maryland 2___6
Telephone: 301-736-8900

Date _7/14/05_

This is to certify that

_Juelithia Zellors_

has been under my care for the following:

_7/13/05 - 7/14/05_
_for treatment of_
_medical illness_

and is able to return to ☑ work    ☐ school   on  _7/17/05_

Remarks: _Pt seen swelling of extremities_

Signature: _____

_Received Originals_
_on 20 July 05_
_____

---

# XCUSE SLIP

**Arnaldo A. Garro, M.D, F.A.C.S., F.I.C.S.**
EAR, NOSE & THROAT, HEAD & NECK SURGERY
ALLERGY & ENDOSCOPIC SINUS SURGERY
7501 SURRATTS ROAD, SUITE 110
CLINTON, MARYLAND 20735-3362
(301) 868-8926 or 1-800-638-9967

Date _7-18-05_

This is to certify that

_Juelithia Zelkrs_

has/had an appointment at this office for
professional attention on _7-18-05_
(DATE)

at _3:20PM_ o'clock.

Please excuse this absence.

Dr. _____
**Arnaldo A. Garro, M.D.**

**HUSHANG TOH.  .LOO, D.D.S.**
6400 MARLBORO PIKE
FORESTVILLE, MD 20747
(301) 736-5533

JUL 1 9 2005

To Whom It May Concern:

This certifies that Mr./Mrs./Miss/ _Juelithia Zellars_
was seen on _Tuesday, July 19, 2005_ for necessary dental
treatment. _The pt. is able to return to work_
_tomorrow. -_

The next scheduled appointment is _____.

Sincerely,

_H. Tohidloo DDS_

Hushang Tohidloo, D.D.S.

**RETURN TO WORK OR SCHOOL**

DAVID T. ISAAC, M.D., P.A.
EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _7-29-05_

This is to certify that

_Juebetha Zellars_

has been under my care for the following:

_Medical care_

_Neurological problems_

and is able to return to ☑ work ☐ school on _8/2/05_

Remarks:

_7-26-05 thru_
_8-1-05_

Signature: _D. David Isaac_

*Handwritten note (upper right):*
Received 8 Aug 05
MSgt David Zarella
Superintendent, Maint Engineering
for LT. Travis Guidt

---

**DR. VINCENT D. PALUMBO, P.A.**
ORAL SURGEONS
DR. VINCENT D. PALUMBO     DR. PAT PALUMBO

| 3611 Branch Avenue | 11885 Holly Lane | 10905 Fort Washington Road |
| Suite 203 | Waldorf, MD 20601 | Oxon Hill, MD 20744 |
| Hillcrest Heights, MD 20748 | (301) 845-4555 | (301) 292-6900 |
| (301) 423-2600 | (301) 843-8653 | |

## Sick Certificate

Name _Juebthia Zellars_ .......... Date _8/3/05_

Address ..........

To whom it may concern:
This is to certify that the above patient was under my professional care

from _Wednesday August 3, 05_
to _Thursday August 4, 05_ .......... inclusive.

Remarks ..........
..........
..........

Dr. _VINCENT D. PALUMBO PA_ ..........

*Handwritten note (right):*
Received 8 Aug 05
MSgt David Zarella
Superintendent, Maint Engineering
for LT. Travis Guidt

**HUSHANG TOHIDLOO, D.D.S.**
6400 MARLBORO PIKE
FORESTVILLE, MD 20747
(301) 736-5533

AUG 2 2005

To Whom It May Concern:

This certifies that Mr./Mrs./Miss _Juelithia Zellars_
was seen on _Thurs, Aug 2, 2005_ ~~for necessary dental treatment.~~ - Patient stopped by the office to schedule necessary dental visit.

The next scheduled appointment is _Thurs, Aug 11, 2005_

Sincerely,

_H. Tohidloo DDS_
Hushang Tohidloo, D.D.S.

Received 8 Aug 05
MSgt David Zellars VA
Superintendent, MAINT Engineering
for Lt. Travis Guidt

## RETURN TO WORK OR SCHOOL

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _Aug 5, 2005_

This is to certify that

_Juelithia Zellars_

has been under my care for the following:

_Medical Illness_

From: _Aug 3, 2005_   to _Aug 5, 2005_

and is able to return to ☒ work   ☐ school  on _Aug 8 2005_

Remarks: _____

Signature: _David Isaacs_

_Received 8 Aug 05_
_MSgt David ZARCIMA_
_Superintendent, MAINT Engineering_
_for LT. Travis Guidry_

**RETURN TO WORK OR SCHOOL**

**DAVID T. ISAACS, (    , P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _8/12/05_

This is to certify that _Juelithia Zellars_

has been under my care for the following:
_medical treatment_
_for Neurological problems_
_08/08 — 8/12/05,_

and is able to return to ☒ work   ☐ school   on _8/15/05_

Remarks: _____

_____

_____

Signature: _____

---

**CERTIFICATE OF PROFESSIONAL CARE**

Arnaldo A. Garro, M.D., F.A.C.S., F.I.C.S.
Ear, Nose, Throat, Head & Neck Surgery, Allergy
7501 SURRATTS ROAD, SUITE 110
CLINTON, MARYLAND 20735-3362
(301) 868-8928 or 1-800-635-9967
www.DrArnaldoGarro.com

Date _8-15-05_

This is to certify that

_Juelithia Zellars_

is under my care for the following:
_Please excuse_
_8-15-05 For an_
_apt._

Dr _Garro/CAC_

*Dr. Bruce Goodman*
*Optometry*
*My Eye Dr.*
*3309 Forestville Road*
*Forestville, MD 20747*
*301.420.6610*

August 18, 2005

Re:Juelithia Zellars

To Whom It May Concern:

    Ms. Zellars was seen in our office today. She was diagnosed with meibomianititis. She should miss work from August 16; returning to work August 19.

Sincerely,

Bruce GoodmanO.D.

**Dr. Bruce H. Goodman**
**My Eye Doctor**
**3309 Forestville Road**
**Forestville, Maryland  20747**
**301-420-6610**

_Fri Aug 19th 2005_

_Judithia Zellars_ was in the office today for a routine eye examination; if other information is needed, please do not hesitate to call.

Dr. Bruce H. Goodman O.D.

_3/420-6610_

_Ms. Zellars was being treated on Friday and Monday._

**Dr. Bruce Goodman, O.D.**
**3309 Forestville Rd**
**Forestville, MD 20747**

FROM THE DESK OF
DR. BRUCE GOODMAN
...etry

Telephone 301-420-6610

Juelitha Zellar

Mrs Zellars is cleared to return to work.
on tuesday 8/23/05

she has been treated for meitomeurits

RETURN TO WORK OR SCHOOL

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _8·25·05_

This is to certify that _Jueletha Zellars_

has been under my care for the following:
_Medical Care_

_Neurology_

and is able to return to ☐ work  ☐ school  on

Remarks: _(off work)_

_8·25-05_
_Returning  8-26-05_

Signature: _David T Isaacs MD_



# DEPARTMENT OF THE AIR FORCE
## 11TH WING



1 7 MAR 2004

MEMORANDUM FOR ALL 11TH WING CIVILIAN EMPLOYEES & SUPERVISORS

FROM: HQ 11WG/CC
20 MacDill Blvd, Suite 300
Bolling AFB DC 20032-0101

SUBJECT: Workplace Conduct and Responsibilities

1. All 11th Wing employees are expected to adhere to certain standards of conduct and to comply with laws, rules and local policies and practices. As the Chief's Own, we are continuously under scrutiny and it is important that all employees conduct themselves in accordance with the highest standards of behavior.

2. Numerous publications--ranging from our local Memorandum of Agreement (MOA) between the Commander, 11th Wing, and the American Federation of Government Employees, AFGE Local 1092, AFL-CIO to federal statute--provide detailed information on accepted standards of conduct for employees. Publications that include administrative policies and requirements pertaining to workplace conduct and responsibilities include AFI 36-703, *Civilian Conduct and Responsibility*; AFI 36-2909, *Professional and Unprofessional Relationships*; AFI 36-815, *Absence and Leave*; AFI 36-807, *Weekly and Daily Scheduling of Work and Holiday Observances*; DoD 5500.7-R, *Joint Ethics Regulation*; and the local MOA, dated Jan 99.

3. The attached "Ready Reference—Workplace Conduct and Responsibilities," though not all-inclusive, provides basic information on workplace policies. The information provided in this reference defines a baseline for employee conduct and serves as a guide for supervisors, ensuring consistency across 11th Wing organizations.

4. Managers and supervisors should ensure all employees are given a copy of the Ready Reference. Since supervisors remain responsible for conveying standards of conduct and responsibility to the employees they supervise, they should use it as an aid to facilitate discussion of supervisory expectations with individual employees.

5. For additional information concerning any of the requirements and expectations stated in the Ready Reference, please contact Ms. Sharon Hanlon, Chief Work Force Effectiveness Branch, or Ms. Joyce Woodard, Lead Employee Relations Specialist, 11th Wing Civilian Personnel Office, at (703) 693-3256 or (202) 404-3214, respectively.

*Duane A. Jones*

DUANE A. JONES, Colonel, USAF
Commander

Attachment:
Ready Reference – Workplace Conduct and Responsibilities

**WORLD CLASS PEOPLE ... WORLD CLASS SUPPORT**

**Professional Relationships:** As stated in Air Force Instruction 36-703, Civilian Conduct and Responsibility, and AFI 36-2909, Professional and Unprofessional Relationships, personal relationships between employees are normally matters of individual choice and judgment. Professional relationships contribute to the effective operation of the Air Force and promote the efficiency of the service. Any relationship that results in the perception of favoritism, or adversely affects the morale and operations of the organization, should be avoided. Each of us is responsible for carefully monitoring relationships with co-workers, supervisors, subordinates and customers to ensure that professionalism is maintained at all times.

## CODE OF CONDUCT

**ETHICS:** DoD 5500.7-R, the Joint Ethics Regulation and Air Force Instruction 36-703, Code of Conduct, provide information on standards of conduct and individual responsibility applicable to government service. Government service is a public trust, and each of us must conduct ourselves in a manner that reflects well on the government and ourselves. This means a full day's work for a full day's pay, complying with proper orders; paying debts; furnishing testimony on official matters; and complying with federal, state and local laws. This also means refraining from any activity which gives the appearance of a conflict of interest such as the use of inside information obtained through official duty for personal gain; accepting gratuities from contractors, giving preferential treatment or unfairly dispensing favors or privileges to any individual; using government facilities, property, or manpower for other than official purposes; using your position in connection with a business or fund-raising activity; and gambling/betting on duty.

**AIR FORCE CORE VALUES:** Air Force core values are Integrity first, Service before self, and Excellence in all we do. Core Values apply to all members of the Air Force Family. The 11th Wing is a service organization dedicated to support of Headquarters Air Force. All employees are expected to comply with the core values at all times and in all situations.

## POLICIES

**Prevention of Sexual Harassment:** 29 Code of Federal Regulations (CFR) Section 1604.11 defines sexual harassment as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature which is unwelcome. This includes conversations or actions that may be offensive to an observer as well as an unwilling participant. Any action, verbal or physical, which could be construed as sexual harassment is prohibited in the 11th Wing.

**Workplace Violence:** The 11th Wing is committed to promoting a safe environment for our employees. Violence and threatening behavior will be taken seriously and dealt with appropriately. Threatening behavior can include harassment or intimidation in the form of oral or written statements, gestures, or expressions that communicate a direct or indirect threat of physical harm. Individuals who commit acts of violence or threatening behavior may be removed from the premises and subject to

**CIVILIAN PROGRESS REVIEW WORKSHEET**

### PRIVACY ACT STATEMENT

*Authority: 10 U.S.C. 8013 and Executive Order 9397.*
*Purpose : The social security number is needed to correctly identify the employee.*
*Routine Use: None*
*Disclosure is Voluntary: However, without it, it may affect the ability to accurately identify the employee and the records.*

| EMPLOYEE (Last Name, First, Middle Initial) | ORGANIZATION | DATE | PERIOD COVERED |
|---|---|---|---|
| Zellars, Julethia | 11 CES/CEO | 20040502 | 20030710 - 20040502 |

At least one progress review of the employee's performance against all the elements of the performance plan will take place during the appraisal period, normally at the midpoint. This worksheet will be used to further document this review, and may be filled out prior to and/or during the review with the employee. Use of this form is mandatory, and is meant to facilitate communication concerning performance. The process is intended for employee development and to help the individual. The employee should be made aware that the progress review is meant to provide feedback about his/her performance that may impact the rating of record at the end of the appraisal period. Do not forward the form to the personnel flight. It is filed with the AF Form 971, and a copy given to the employee.

Indicate by use of an "X" the employee's performance at this stage of the appraisal period. Place an "X" at the appropriate place on the arrowed line. Use the space provided for any comments *(optional)*. Performance items not observed are not rated.

| | needs significant improvement | needs little or no improvement | COMMENTS |
|---|---|---|---|
| **1. PROGRESS ON PERFORMANCE PLAN ELEMENTS** | | | 1. Work to correct just technical errors on reports and letters in a timely manner |
| - Element 1 | | X | 2. Good job distributing mail and documents. Need to track and follow-up on suspenses better |
| - Element 2 | | X | 3. Phone messages are good--ensure they are relayed timely. |
| - Element 3 | | X | 4. Good tracking of my calendar--ensure meeting details are coordinated and problems deconflicted. |
| - Element 4 | | X | 5. Great file management and strength reports--need to work more on office procedure development (i.e. org charts, suspense logs, travel documents, power point briefings (calendar), etc) |
| - Element 5 | | X | 6. Need to improve knowldege/capibility in office software programs (i.e. finding forms on the web, scanning, putting pictures on word documents, EPR software (turning on/off the X blocks)) |
| - Element 6 | | X | |
| - Element 7 | | | |
| - Element 8 | | | |
| - Element 9 | | | |
| - Element 10 | | | |
| - Element 11 | | | |
| - Element 12 | | | |
| - Element 13 | | | |
| - Element 14 | | | Continue → |
| **2. COOPERATION/RESPONSIVENESS** | | | Good phone skills-- ~~need~~ to work ~~more~~ with members of the flight/squadron. ~~Learn to "ask for help" not tell others to do things.~~ (other secretaries or element chiefs) |
| - Skilled at working with individuals or groups | | X | |
| - Is an enthusiastic follower | | X | |
| - Is a skilled leader | | X | |
| **3. ORGANIZATIONAL SKILLS** | | | Good conference room calendar. Files have received kudos from CSS. Need to clean out the old files and ensure file plan is correct. |
| - Uses resources effectively | | X | |
| - Sees future problems and heads them off | | X | |
| - Plans and schedules work effectively | | X | |
| - Adapts well to new demands | | X | |
| **4. COMMUNICATION** | | | ~~Need to work with others.~~ Corrections are made to technical sections of EPRs which are sometimes not correct. Find a way of getting suspenses to sections. |
| - Listens well | | X | |
| - Effective in oral communication | | X | |
| - Writes clearly | | X | |
| **5. DUTY PERFORMANCE** | | | EPRs take priority and get done, other docuements need to also be reviewed. Need to continue to work to turn assignments around in a timely manner. |
| - Work is of appropriate quality and quantity | | X | |
| - Work is timely | | X | |
| **6. THOROUGHNESS** | | | Thorough review of EPRs is done. You don't always provide a 100% product when I submit sheets with changes. I shouldn't have to review what you give me. |
| - Completes a job on his/her own | | X | |
| - Follows up when necessary | | X | |
| **7. ADDITIONAL ITEMS** | | | Keep working to make CEO better. |
| - Accomplishes required items as appropriate | | X | |

| RATER (Supervisor's signature) | EMPLOYEE (Signature Optional) | DATE (YYYYMMDD) |
|---|---|---|
| | *Juli Trias Zellars* | 20040521 |

AF FORM 860B, 19990701 *(IMT-V1)*

Ms Zellars
Additional Comments
21 May 2004

- Does a good job consolidating monthly strength report numbers from the 5 different elements and timely reported them to the orderly room

- Works hard to purge and shred the CEO files of correspondence and forms that are out-of-date nor no longer needed

- Prepares thorough summaries of correspondence & EPR activities while CEO is on leave/TDY to allow him to get up to speed quickly

- Developed the basic template for supervisors to use to submit civilian for Notable Achievement Awards

- Took the Automated Business Service System (ABSS) 1/2 day course to allow her the knowledge to do form 9s

- Maintained a calendar to schedule the conference room--ensured anyone could see when the room was available and reserve it

- Created a PowerPoint Calendar slide to show the flight leaderships leave/TDY and also created a flight Organizational Chart.

- Volunteered to help with the Squadron's Combined Federal Campaign

- Working on a degree (associate) in arts & science and business.

- Mr Kremer will be your supervisor during my deployment.

21 MAY 04

# CIVILIAN RATING OF RECORD

(Please read Privacy Act Statement on reverse before completing this form.)

| EMPLOYEE (Last Name, First, Middle Initial) | SSN | ORGANIZATION | PAY PLAN | SERIES | GRADE/STEP | SALARY W/O LOCALITY PAY |
|---|---|---|---|---|---|---|
| ZELLARS, JUELITHIA G. | 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 | 11 CES/CEO | GS | 318 | 5/10 | $35,085.00 |

| APPRAISAL PERIOD | FROM 20030401 | TO: 20040331 | EFFECTIVE DATE: 20040401 |
|---|---|---|---|

- Part A normally contains one to seven critical elements.
- Rate the critical element (s) in Part A by placing an "X" in the appropriate block (s). The overall performance rating is derived from the ratings of the critical elements. A rating of "Does not meet" on any critical element results in a determination that overall performance is unacceptable. An Unacceptable rating is the basis for initiating a performance improvement plan and requires proper documentation. Contact the Civilian Personnel Flight for assistance.
- Complete Part B, "Impact on Mission Accomplishment" for GS-14s and GS-15s (bullet format, limited to 9 lines). Optional to complete for others.
- Complete Part C, "Award Justification" for those being recommended for an award (bullet format, limited to 9 lines).

## PART A. Position Requirements. (Was the employee's performance Unacceptable or Acceptable on the Performance Plan's critical elements?)

| | DOES NOT MEET | MEETS | | DOES NOT MEET | MEETS |
|---|---|---|---|---|---|
| ELEMENT 1 | | X | ELEMENT 8 | | |
| ELEMENT 2 | | X | ELEMENT 9 | | |
| ELEMENT 3 | | X | ELEMENT 10 | | |
| ELEMENT 4 | | X | ELEMENT 11 | | |
| ELEMENT 5 | | X | ELEMENT 12 | | |
| ELEMENT 6 | | | ELEMENT 13 | | |
| ELEMENT 7 | | | ELEMENT 14 | | |

| OVERALL PERFORMANCE RATING | R - ACCEPTABLE: Rated "Meets Standards" on all critical elements. |
|---|---|
| **R** | N - UNACCEPTABLE: Rated "Does Not Meet Standards" on one or more critical elements |

## PART B. Impact on Mission Accomplishment. (Mandatory completion required for GS-14s/15s.)

## PART C. Award Justification. (Part B may serve as Part C award justification.)

## PART D. Performance Award.

| AWARD (Enter "P" - Performance or "Q" - QSI) | AWARD PERCENTAGE OR AMOUNT (If P (cash), enter as a percentage, e.g., 1.5, or a dollar amount) | OTHER AWARD (For time-off awards, state number of hours) |
|---|---|---|
| | | |

Certification for Time-Off Award (as applicable): I have considered fully the wage costs and productivity loss in granting this time-off award. The amount of time-off granted is commensurate with the individual's contribution or accomplishment. I also considered the unit's workload and unit employees' leave projections and certify that the employee can schedule the time-off award in addition to other scheduled leave. I also considered other available forms of recognition in determining the amount of this time-off award. Note: Ensure the number of time-off award hours previously awarded to this employee this leave year plus this award does not exceed 80 hours.

## PART E. Certification. (Certify by having rater, reviewer, award approving official (if required), and employee sign and date this form.)

| RATER (Supervisor's signature and duty phone) Thomas J. Svoboda, Maj, USAF 767-5567 | DATE (YYYYMMDD) 2004 04 16 |
|---|---|
| REVIEWER (Signature and duty phone) Terrie A. Warren, GS-14, DAFC 767-5566 | DATE (YYYYMMDD) 2004 05 06 |
| AWARD APPROVING OFFICIAL (If required, signature and duty phone) | DATE (YYYYMMDD) |
| EMPLOYEE (Receipt acknowledged. Signature does not indicate agreement or disagreement.) Employee Refused to sign. 28 May 04 Mary K | DATE (YYYYMMDD) |

AF FORM 860A, 19990701 (IMT-V1)    PREVIOUS EDITIONS ARE OBSOLETE

**PART F.  Civilian Promotion Appraisal.**

This appraisal is used for competitive in ser[...] acement actions, including promotions, reassignments or demotions to positions with known growth potential, and other such instances.  The ratings on this form are used as a sort factor in determining final rank order of employees having substantially equal knowledge, skills and abilities, when the number of candidates exceeds the number of employees who can be referred to the selecting official for consideration.

## APPRAISAL FACTORS - MANNER OF PERFORMANCE    *(Do not complete if employee is a GS-15)*

Appraisal factors listed below represent work behaviors that can be observed in the context of the employee's current position and are considered predictive of performance at the next higher level.  Based on your observations of the employee's performance, rate EVERY appraisal factor.  Use the following scale making the ratings. Place the number *(1-9)* in the block preceding the factor.

| LOW RANGE | CENTRAL RANGE | HIGH RANGE |
|---|---|---|
| 1. Very Poor | 4. Slightly Below Fully Successful | 7. Above Fully Successful |
| 2. Far Below Fully Successful | 5. Fully Successful | 8. Far Above Fully Successful |
| 3. Below Fully Successful | 6. Slightly Above Fully Successful | 9. Outstanding |

| | | |
|---|---|---|
| 8 | 1. WORK EFFORT: | *Exerts effort and shows initiative in starting, carrying out and completing tasks; spends time effectively* |
| 7 | 2. ADAPTABILITY TO WORK: | *Picks up new ideas and procedures quickly; is easy to instruct; can adapt to the demands of new situations; understands and carries out oral or written instructions.* |
| 7 | 3. PROBLEM SOLVING: | *Devises effective solutions to problems or identifies effective methods and procedures for accomplishing objectives.* |
| 6 | 4. WORKING RELATIONSHIPS: | *Sensitive to the behavior of fellow workers, supervisors and subordinates; maintains effective working relationships with others.* |
| 7 | 5. COMMUNICATION: | *Communicates clearly and effectively, whether orally or in writing.* |
| 7 | 6. WORK PRODUCTIVITY: | *Productive during work time; completes his/her work projects, duties and tasks in a timely manner.* |
| 8 | 7. SELF-SUFFICIENCY: | *Works independently with little need for additional supervision or help; follows through well; accomplishes all tasks required to complete a job on his/her own.* |
| 7 | 8. SKILL IN WORK: | *Performs job-associated tasks well, whether they require physical, technical, professional, supervisory or managerial skills, is considered very skillful on the job.* |
| 9 | 9. WORK MANAGEMENT: | *Effectively plans and organizes work; properly follows or implements management procedures, directives, regulations, or technical orders; ability to direct or evaluate or substitute for absent supervisor.* |

### PRIVACY ACT STATEMENT

*Authority:* 10 U.S.C. 8013 and Executive Order 9397.
*Purpose: The social security number is needed to correctly identify the employee.*
*Routine Use: This information may be disclosed to another agency if the employee transfers to another agency.*
*[Di]sclosure is Voluntary: However, without it, it may affect the ability to accurately identify the employee and the records.*

FORM 860A, 19990701  *(REVERSE) (IMT-V1)*

## W RK SCHEDULE OPTION F RM

This form is to notify your supervisor of your request to begin participation in the AWS program, change your existing AWS option, or discontinue participation in the AWS program. Complete the information requested below and provide your request to your supervisor for consideration. NOTE: A one-half hour or one hour lunch break is mandatory. *See Doctor's Certificate attached to Aug 1, 2005*

| | | |
|---|---|---|
| ✓ Start AWS | __ Change current AWS option | __ Discontinue AWS |

**SELECT NEW AWS OPTION**

__ 4-10        ✓ Flexible Work Schedule        __ 5-4-9

| | FIRST WEEK | | | | SECOND WEEK | | |
|------|--------|------|------|------|--------|------|------|
| Mon | 7:30 a.m. to | 5:00 p.m. | | Mon | 0 a.m. to | 0 p.m. |
| Tue | 7:30 a.m. to | 5:00 p.m. | | Tue | 7:30 a.m. to | 5:30 p.m. |
| Wed | 7:30 a.m. to | 5:00 p.m. | | Wed | 7:30 a.m. to | 5:30 p.m. |
| Thu | 7:30 a.m. to | 5:00 p.m. | | Thu | 7:30 a.m. to | 5:30 p.m. |
| Fri | 7:30 a.m. to | 4:00 p.m. | | Fri | 7:30 a.m. to | 5:30 p.m. |

Lunch            _____ One-half hour        ✓ One hour

### COMMITMENT TO SUCCEED USING THE AWS

I understand that my ability to work an Alternative Work Schedule is a privilege, not a right. My being able to work an AWS depends wholly on the willingness of all individuals to work together so that business is conducted on all days of the business week without degradation of service to our customers. I understand this requirement and have discussed with my supervisor my role in ensuring that service to our customers is enhanced through the use of an AWS. I further understand that this schedule may be discontinued by my supervisor for reasons cited in ~~paragraph 6.3 of the plan~~ the *11th Wing Supplement, AFI 36-807*

*Juelthia G. Zellers*
Print Name and Office Symbol

*Juelthia G. Zellers*
Signature

*8/2/2005*
Date

I APPROVE OF THIS SCHEDULE AS SUBMITTED OR AS NOTED

_____
Supervisor's Name

_____
Signature

_____
Date

11WG Form 66 Jan 97 (EF-V1)

APPENDIX C

*Recieved 8 Aug 05*
*MSgt David CARELLA*
*Superintendent, MAINT Engineering*
*For LT. Travis Guidt*

# ALTERNATIVE WORK SCHEDULE

## EMPLOYEE INFORMATION

1. Our goal in deciding to implement compressed and flexible schedules is to improve efficiency and productivity of operations, increase customer satisfaction by expanding hours of operation, enhance personnel recruitment and retention, reduce unscheduled leave, decrease overtime expenses, foster energy conservation through reduction in commuter traffic and strengthen job satisfaction and morale by supporting a Family Friendly workplace. If these goals are not achieved, the program may be discontinued.

2. Management officials will determine which, if any, Alternative Work Schedule (AWS) options approved by the 11th Wing will be implemented within their respective organizations. Each employee may choose individual schedules from the approved AWS options available by completing Work Schedule Option Form, 11WG Form 66. Supervisors will determine whether the requested schedules support their requirements for office coverage during official hours of operation and ensure that the work can be performed efficiently and effectively prior to approving individual schedules. If the requested schedule does not meet mission requirements, an employee may choose a different option. Employees may also choose to continue to work a standard work schedule that conforms to the official hours of operation for the 11th Wing which are 0800 to 1700 hours in the Pentagon and 0730 to 1630 hours at Bolling Air Force Base.

3. To determine our success in meeting our goals, supervisors will track the use of their employees' unscheduled sick and annual leave, measure productivity, and distribute and evaluate customer satisfaction surveys. Supervisors will document the results of their findings on a monthly basis.

4. General information regarding our program is as follows:

    a. The standard duty schedule is established as five (5) consecutive days consisting of eight (8) hours each in an administrative work week. The duty hours for employees will conform to the official hours of operation for the 11th Wing. Each employee will have an established arrival and departure time. Employees who elect to participate in the AWS program have these options:

        (1) Flexitour. Employees work a standard work week but may preselect an arrival time between 0600 hours and 0900 hours. The departure time is established at eight hours after the preselected arrival time plus either a one-half hour or one hour lunch period. Once established, this is a fixed schedule until such time as a new arrival time is approved.

        (2) Compressed schedule. Employees may select a schedule consisting of eight nine-hour days and one eight-hour day each biweekly pay period, or four ten-hour days each week. A fixed schedule is established for daily arrival and departure times.

    b. Lunch periods will be scheduled for either one-half or one hour daily, normally between 1100 and 1300 hours, during which an employee is free from duty. Lunch periods may not be taken at the beginning or end of a work day for the purpose of shortening the work day.

    c. A request to start, change, or discontinue an authorized alternative work schedule must be submitted on 11WG Form 66, Work Schedule Option Form, to the

supervisor at least one full pay period in advance of the requested effective date. In the event of an unanticipated emergency, this requirement may be waived by a supervisor in the chain in command. Approved forms will be maintained in the Employee Work Folder.

d. Actual hours of work (arrival, departure, and lunch period) and leave taken will be recorded daily on a Time and Attendance Sheet. Failure to accurately maintain a record of time worked may result in termination of the program. Completed forms will be certified by the supervisor.

e. Supervisors may discontinue an employee's participation in an AWS program due to concern regarding performance or misconduct or in response to changing work conditions. Employees participating in AWS will be provided written notification stating the reason for AWS termination.

f. Supervisors will normally give one pay period advance notice when operational priorities require a change in an AWS schedule., except in unusual circumstances such as short notice special project, military action, natural disaster, etc. AWS schedules will normally be terminated for employees who are attending training courses or school, detailed or assigned other duties, or when circumstances such as jury duty, military duty, or travel require a regular five (5) day, forty (40) hour work week. Termination for these reasons will normally cover the entire pay period.

g. Supervisors may require new employees to work a standard work schedule during their training and orientation period. New employees will be allowed to participate in our AWS program as soon as they become competent enough to work independently and without direct supervision.

h. In the event of a mission conflict on a scheduled compressed day off, the supervisor may reschedule the day off for the employee on one of the designated "core" days.

5. Questions should be addressed to your immediate supervisor.

I acknowledge receipt of this document on *Aug 2, 2005*

*Employee Signature*

APPENDIX B

**David T. Isaacs, M.D.**
**Emerson L. Coronel, M.D.**
5001 Silver Hill Rd., Suite 101
Suitland, Maryland 20746-5215
Telephone # 301-736-8900
Fax # 301-736-9567

August 1, 2005

To Whom It May Concern

Re: Juelithia Zellars
DOB: 8/17/1952

      The above named patient is still under the care of Dr. David Isaacs for injuries to the head, neck and back. It is medically appropriate that she be placed on AWS schedule. If there are any questions regarding this matter please contact our office.

Sincerely,

DTI:tae

25 Aug 04

MEMORANDUM FOR Mrs. Zellars (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)

FROM: 11 CES/CEO

SUBJECT: Management Re-assignment

1. On 24 Aug 04, I informed you that I was re-assigning your duty position from 11 CES/CEO (Building 370, Operations Flight Chief Office) to 11 CES/CEOE (Maintenance Engineering Section – Service Contracts). I verbally informed you that I expected you to report to Mr. Melvin Holston on the second floor of Building 370 at the start of your shift. He will be your new supervisor. He reports to Lt. Horan, who in-turn reports to Major Svoboda and myself.

2. Lt Horan reported to me that when she questioned you about the move, you refused to discuss the management re-assignment and have not made any attempt to move as I directed. I am therefore again informing you that I expect you to report as described above at the start of your shift tomorrow (26 Aug 04). Failure to follow these directions could result in disciplinary action.

3. If you have any questions about this re-assignment, please use your chain of command as I have described it to you. I will help you make any adjustments you feel are necessary as long as they are consistent with mission needs.

GARY W. KREMER, WS-14 DAFC
Deputy, Operations Flight