Case: 05-1670-(RBW)  Filed 8/3/05  /Doc___  Page 16 of 17

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>   Plaintiff,<br><br>  v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>   Defendant | Civil Action No. 05-1670-(RBW) |

## ORDER

Upon consideration of Plaintiff's Motion for Monetary and Remedies for the entire record for this case, it is hereby

Ordered that Plaintiff's Motion for Monetary and Remedies is GRANTED, numerically listed:_____

_____

_____and it is

Further ORDERED that the Defendant shall hereby award the Plaintiff within 1 month.

Date this _____ day of _____ 2005.

             REGGIE B. WALTON
             UNITED STATES DISTRICT JUDGE

Copies to:
Kevin K. Robitaille
Special Assistant U.S. Attorney

Juelithia G. Zellars, Plaintiff