UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUELITHIA G. ZELLARS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-0005636 |
| | ) |
| MS TERRIE WARREN | ) |
| | ) |
| Defendants. | ) |

## DECLARATION

I, GREGORY GIRARD, Colonel, USAF, declare as follows:

That I am currently assigned as Chief, Tort Claims and Litigation Division, Air Force Legal Services Agency, United States Air Force. As such, I have the responsibility under the Air Force claims regulations for overseeing the administration of Air Force tort claims records.

Accordingly, I have caused a search to be made of Air Force tort claims records for the purpose of determining whether an administrative tort claim has ever been presented to the Air Force by JUELITHIA G. ZELLARS, alleging she felt threatened during a meeting with a civilian member of the Air Force organization in which they both worked. The meeting occurred on or about May 13, 2005.

The search involved checking the Armed Forces Claims Information Management System (AFCIMS), which records all tort claims filed against the Air Force since October 1, 1994. No claim by JUELITHIA G. ZELLARS was found in AFCIMS. In addition, the search included contacting the legal office at Bolling Air Force Base, DC.

Representatives of that office confirmed they had not received a tort claim from JUELITHIA G. ZELLARS, arising out of the aforesaid incident.

As a result, we have determined that no tort claim has ever been submitted to the Air Force by JUELITHIA G. ZELLARS.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

GREGORY GIRARD, Colonel, USAF
Chief, Tort Claims & Litigation Division
Air Force Legal Services Agency
1501 Wilson Blvd., Suite 835
Arlington, VA 22209-2403


Executed this the 6th day of September, 2005, at Arlington, Virginia.