

**DEPARTMENT OF THE AIR FORCE**
**11TH WING**



Sub

20 July 2005

MEMORANDUM FOR 11 CES/CEOE (MS. JUELITHIA ZELLARS)

FROM: 11 CES/CEOE

SUBJECT: Letter of Counseling and Leave Restriction

1. I am concerned about your continuing excessive use of unscheduled leave and tardiness. Since you received a Letter of Counseling and Concern dated 15 March 2005, you have been absent from work more than 60% of the time, using a combination of leave and leave without pay. I realize that based on the medical documentation you recently provided, your absences have been, primarily, due to illness or other related reasons.

2. This organization has been more than patient in attempting to correct your compliance with leave procedures and usage of leave. You have a pattern of routinely being tardy and not reporting to work as scheduled or providing acceptable medical documentation to cover your absences. The duties of your Secretary (OA), GS-0318-05 position include serving as the principal office assistant performing various clerical and administrative duties in support of the organization and performing office automation duties such as word processing in support of the clerical and administrative work. When you are unexpectedly absent, I must assign your work to other administrative personnel to cover the office and perform your required duties. This disruption causes last minute adjustments to ensure work is completed and suspenses are met. Your absences have caused undue stress and adversely affects the morale of the organization. Unscheduled and unexpected absences occurring on a regular basis each pay period disrupts mission accomplishment and will no longer be tolerated. An immediate improvement in your attendance is expected. In an attempt to improve your compliance with appropriate leave procedures, the following leave policies and procedures will be effective immediately:

   a. ANNUAL LEAVE: Except in the event of illness or emergency situations, leave should normally be scheduled at least 72 hours in advance. Annual leave for emergency situations should be requested before or as soon as possible after the beginning of your duty day (normally within 1 hour). If you are needed at work, your request for unscheduled annual leave may be denied and, if your request is denied, you must report to work or be charged with absence without leave (AWOL).

   b. SICK LEAVE: If you are ill and cannot report to work or wish to request sick leave to care for a family member, bereavement, or adoption purposes, you must call and request sick leave within the first two (2) hours after the start of your regularly scheduled duty day. Unless prevented by a medical condition, you must personally call in and request leave on each day you are absent due to illness. If you become ill at work, or you must leave for an appointment, you must request leave prior to departing the work site. Sick leave will be granted only if you provide administratively acceptable medical documentation to me before or not later than on the day you return to work. In order to be administratively acceptable, medical documentation for your own personal incapacitation must state the nature of your illness, verify that you were physically incapacitated for duty on each and every day/time you were absent from work, and be signed by a physician or health care provider. Medical documentation to support your absence to care for a family member must state the family member's relationship to you (e.g., spouse, child, brother, sister, etc.), the nature of the illness, verify that the member was physically incapacitated on each and every day/time you were absent from work, and be signed by a physician or health care provider. Sick leave due to bereavement or adoption must be supported by documentation establishing this situation did occur. If you fail to personally call in on each and every day you are ill, or you do not provide acceptable medical documentation of the reasons for your absence before or at the time you return to duty, you will be charged with AWOL. For medical, dental, or optical appointments, you will request leave as far in advance as possible, usually no later than 72 hours before the scheduled appointment. In order to obtain approved sick leave for medical/dental/optical appointments, you will provide a statement from the medical specialist not later than the day you return to work stating the time and date of the appointment.

   c. LEAVE WITHOUT PAY (LWOP): In general, you have no entitlement to LWOP. Requests for LWOP will therefore not be approved unless requested under the Family and Medical Leave Act (FMLA). The FMLA establishes an entitlement to a total of 12 administrative workweeks of unpaid leave during any 12-month period for a serious health condition that makes you unable to perform the duties of your position or to care for a spouse, child, or parent with a serious medical condition. The required Form WH-380 (Attachment 1) and OPM Form 71, Request for Leave or Approved Absence (Attachment 2) must be completed when invoking your rights under the FMLA. When requesting leave under the FMLA on an emergency basis, I will accept your verbal request. You must, however, submit a written request and appropriate medical documentation within 15 calendar days of the date of your verbal request. If you have questions or require additional information regarding your entitlement to leave under the FMLA, you may contact Ms. Sandra Daniels, Human Resources Specialist (Employee Relations), AFDW Civilian Personnel Office, at (202) 404-3213.

   d. TARDINESS: Your work hours are 0730 - 1630, with a one hour lunch period. You are expected to be at your work site ready, willing and able to begin working at 0700 hours and work until the end of your scheduled duty day. If you are not at work at 0700 hours, return late from lunch, or leave before 1600 hours, you will be charged with absence without leave (AWOL) for the time you are absent unless you have requested and obtained approval for leave in accordance with the procedures contained in this letter. If you are unavoidably delayed, you must report to me to request leave immediately upon your arrival at work. I will consider your reasons for arriving late and will either excuse the tardiness, allow you to request appropriate leave, or charge you AWOL. Tardiness will not be routinely excused and you are not to adjust your lunch period or departure time to make up for your late arrival.

   e. UNSCHEDULED LEAVE: I understand that there may be instances when you are prevented from reporting to work by an emergency situation. These should, however, be the exception rather than the rule. Unscheduled leave must be requested in accordance with the procedures established in the instructions in this letter. If an emergency arises during the duty day, you must request leave and receive approval from me, 1Lt Travis Guidt, Major Svoboda, or a supervisor in the chain of command before leaving the work site. You should be aware, however, that if you are needed at work, your request for leave may be denied. If your request for leave is not approved, you must report to work immediately or remain at work until you are officially approved to leave, or the end of your scheduled duty day. Failure to do so may result in a charge of AWOL and form the basis for disciplinary action.

   f. LUNCH BREAK: You have a one-hour lunch break. Your lunch period is your time and is not counted toward your scheduled work per day. If you return late from lunch, you will be charged AWOL for the time you are absent unless you have requested and obtained approval for leave in accordance with the procedures contained in this letter. As stated in the Memorandum of Agreement between the Commander, AFDW and the American Federation of Government Employees, AFL-CIO, and AFGE Local 1092, your lunch period cannot be taken at the beginning or at the end of the workday as a means of shortening the normal workday, nor may you accumulate compensatory time to be used at a later date by eliminating your scheduled lunch break.

   g. PROPER LEAVE REQUESTING FORM AND PROCEDURES: You must properly complete an OPM Form 71, Request for Leave or Approved Absence (Attachment 2) for all leave requests. If you are calling in to request leave, leave requests must be made to either me at telephone number (202) 767-1255, or if I am unavailable, to 1Lt Travis Guidt at (202) 404-8204 or Major Thomas Svoboda at (202) 767-5567. If you cannot reach either me, Lt Guidt or Major Svoboda, you must either leave a telephone number where you can be reached, or continue to call in until you are able to reach one of us. Leaving a message with a coworker or a voice mail/e-mail message will not be considered a valid request for leave and could result in a charge of AWOL and disciplinary action for failure to follow proper leave requesting procedures. Requests for leave from a relative or friend are acceptable only when you are medically incapacitated to the extent you are unable to call or you are unavailable due to a bona fide emergency situation. Otherwise, all requests for leave must be made by you on each and every day you are absent unless I have specifically waived the requirement to contact me daily. When submitting the OPM Form 71, it must be completed properly at the time you present it to me for approval or it will be returned to you without approval until it is completed appropriately.

3. You have frequently mentioned that you have been absent for medical reasons and are under a doctor's care. If you feel you have a medical condition that is affecting your attendance and ability to maintain a regular work schedule or request leave in accordance with these procedures, you may provide me with medical documentation describing the nature of the condition, its affect on a major life activity, and any accommodation which your

2

physician believes will assist you. I am providing an Employee's Statement of a Handicapping Condition and a Physician's Statement (Attachment 3) for this purpose. The information provided on the Employee's Statement of a Handicapping Condition requests information on what actions you believe are necessary to assist you in improving your attendance. You may complete this information. The Physician's Statement must be completed and signed by your physician. Only the information checked is required. I will carefully consider any reasonable accommodation recommended by your physician if supported by adequate medical documentation. Since the assistance of a Federal Medical Officer may be requested to properly evaluate your request, it will be helpful if you sign the release provided to allow direct communication between your physician and the agency physician. If you are unable to work and will continue to be unable to work for a period of one year or more, you have the option of applying for disability retirement benefits. To obtain information on disability retirement and whether this option would be beneficial to you, you may contact Ms. Theresa Richmond, Lead Human Resources Specialist (Employee Benefits) at telephone number (202) 404-3237. Ms. Richmond can provide you with assistance and information. You are, however, advised that the Air Force has no authority to approve or disapprove an application for retirement benefits of any kind. That authority is vested with the Office of Personnel Management.

4. Failure to comply with the above procedures for requesting leave will result in your being placed in an AWOL status for the period of your absence and may result in disciplinary action up to and including your removal from your position and the Federal service in accordance with Air Force Instruction (AFI) 36-704, Discipline and Adverse Actions. If your attendance does not improve or you do not provide me with a credible statement from your physician that you are medically unable to attend work on a regular basis, I may initiate a proposal to remove you from your position and the Federal service for non-disciplinary reasons. I sincerely hope neither of these actions will be necessary.

5. I sincerely hope that this letter and the attached 11th Wing policy letter, Workplace Conduct and Responsibilities, signed by Colonel Duane A. Jones, Commander (Attachment 4), will eliminate any confusion you may have regarding my expectations of you as a responsible Air Force employee. Prudent use of leave is a benefit to you and to our organization. I urge you to make a sincere effort to improve your attendance and comply with leave requesting procedures. If you feel you need any of the requirements in this letter explained further, I will be available to provide additional information or explanation.

6. These procedures will remain in effect until your attendance reaches an acceptable level. Your use of leave will be reviewed periodically and a determination to continue or rescind these requirements will be made in six months.

TRAVIS C. GUIDT, 1Lt, USAF
Chief, Maintenance Engineering

Attachments:
1. WH Form 380
2. OPM Form 71
3. Employee's Statement of Disability and Physician's Statement
4. 11th Wing Workplace Conduct and Responsibilities Letter, dtd 17 Mar 04

Acknowledgement of receipt:

_____        _____
Employee's signature                                  Date

_____   BRYAN K. LEPREE
WITNESS                                 20 JUL 05

_____   20 Jul 05
WITNESS (James M. Willoughby Sr.)       Employee refused to acknowledge receipt.

3