UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars,<br><br>       Plaintiff,<br><br>vs.<br><br>Ms. Terrie Warren,<br><br>       Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 05-1670 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MS. SANDRA DANIELS

I, Ms. Sandra D. Daniels, hereby declare and state as follows:

1. I am currently assigned as a Human Resources Specialist (Employee Relations), GS-0201-12, at Bolling AFB. I have held this position since November 2000. Since May 2005, my immediate supervisor has been Ms. Jean Tucker, Chief, Workforce Effectiveness Branch. My duties include serving as a senior Human Resources (ER) Specialist with responsibility for planning, developing, and carrying out the full range of employee relations and management advisory services for assigned organizations typified by complex organizational structures and dynamic, professional and/or scientific missions. I have held this position for approximately 4 1/2 years.

2. I know Ms. Juelithia Zellars. Ms. Zellars was an Air Force employee and I assisted management in processing the following actions regarding her employment:

    a. Grievance Decision – 2001

    b. Grievance Decision - 2004

    c. 15 March 2005 Letter of Counseling and Concern

    d.  27 June 2005 Letter of Intent

    e.  20 July 2005 Letter of Counseling and Leave Restriction

    f.  6 September 2005 Letter of Decision to Remove effective 9 September 2005

3. Items a through-e above are not appealable to the Merit Systems Protection Board (MSPB). To the best of my knowledge, Ms. Zellars has not filed an MSPB complaint or appeal regarding what she perceives as wrongs committed against her by the Air Force and her supervisors. However, item f can be appealed and based on her conversations with me, she intends to file an MSPB appeal which would be forwarded to this agency for action.

    Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29th day of September 2005.

*Sandra D. Daniels*

SANDRA D. DANIELS