UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Juelithia G. Zellars, )
)
    Plaintiff, )
) Civil Action No. 05-1670 (RBW)
vs. )
)
Ms. Terrie Warren, )
)
    Defendant. )
_____)

## DECLARATION OF MR. PAUL LUCAS

I, Mr. Paul Lucas, hereby declare and state as follows:

1. I am currently the Equal Employment Opportunity (EEO) Manager at Bolling AFB. I have held this position since 20 Jan 2003. Since July 2004, my immediate supervisor has been Colonel Bruce W. Dean, former Chief of Staff for the Headquarters 11th Wing. Since July of 2005, I have reported to Mr Edward R. Ophof, Director of Staff, 11th Wing. I provide complete oversight of the Bolling Air Force Base EEO Discrimination Complaints Program. I have held this position for 2.7 years.

2. I know Ms. Juelithia Zellars; an Air Force employee who has filed several EEO complaints and has demonstrated frequent utilization of the EEO complaints process to find resolution for many happenings within her unit of employment. Below, she has filed the following docketed complaints:

-Complaint #, Accepted issues and current status:

    9L2W04201 – FRAMED ISSUES AND BASIS – Pending investigation (8/1/05)

Whether the complainant was discriminated against on the basis of Color (Brown), Race (Black American Indian) and Reprisal (past participation in EEO cases, 7/12/04 - 6/30/03 - 12/17/02) when, on 24 Aug 04, Mr Kremer (acting supervisor) verbally directed a management re-assigned of complainant's place of duty/supervisor.

9L2W04202 – FRAMED ISSUES AND BASIS – Pending dismissal as a "discrete act"
Whether the complainant was discriminated against on the basis of Reprisal (past participation in EEO complaints, 9/20/04 - 7/12/04 - 6/30/03 - 12/17/02) when, Mr Kremer (acting Branch Chief) and Mr Holston, (supervisor) subjected her to non-sexual harassment on 2 Sep 04, when she was told to sit at a desk with no lights.

9L2W05002 – FRAMED ISSUES AND BASIS – Pending dismissal (untimely)
Whether the complainant was discriminated against on the basis of Race (Black American Indian) and Disability (Physical), when she was allegedly subjected to non-sexual harassment on 27 Sep 04, when Mr Kremer prematurely re-assigned her duty location during a renovation and would not allow her to return to her office when it was completed.

9L2W05003 – FRAMED ISSUES AND BASIS – Pending dismissal (untimely)
Whether the complainant was discriminated against on the basis of Race (Black American Indian), Sex (Female) and Reprisal (past participation in EEO complaints, 9/20/04 - 7/12/04 - 6/30/03 - 12/17/02) when, on 6 Oct 04, Maj Svoboda (past immediate supervisor) told her that she was removed from her position because she previously filed

an EEO complaint against Mr Gary Kremer (Deputy, CEO).

9L2W05018 - FRAMED ISSUES AND BASIS – Issues w/ getting mail to (C); awaiting her response to Right to File Formal notice.

Whether Ms. Zellars was discriminated and reprised against, (prior EEO activity: Dec 10, 2004 [9L2W05003], Nov 1, 2004 [9L2W05002], September 3, 2004 [9L2W04202], September 2, 2004 [9L2W04201], and July 12, 2004 [9L2W04192]) when, MSgt Tracy Johnson issued her a Letter of Concern on 18 March 2005 regarding "excessive use of unscheduled leave and tardiness".

9L2W05030 - FRAMED ISSUES AND BASIS – Ms Zellars has not picked up her certified mail; awaiting her response to Right to File Formal notice.

Complainant submitted a letter generally stating negative comments about the EEO counselor for her prior complaints. She also restated matters that are pending and have been already decided upon by the agency and the Commission. She did not claim her mail to date and has not filed formal as of the date of this declaration.

9L2W03151R – FRAMED ISSUES AND BASIS – Investigation completed, no inferences; pending FAD. The issue below, as specified in (*i) involves Ms Warren. Other issues ((a-h) not shown) do not involve Ms. Warren.

*i. "Was the complainant discriminated against base on her race (American Indian) and her color (brown) when on 9 June 2003, Ms. Terrie Warren allegedly said that the

3

complainant was not a team player."

3. Ms. Zellars did not file an EEO complaint against Ms. Warren regarding the incident that allegedly occurred between herself and Ms. Terri Warren on May 13, 2005. She did include the incident in her EEO complaint as Docketed 9L2W05030. The information was provided as background information regarding her complaint against the EEO counselor. Complaint 9L2W05030 has not been filed formally and thus no final agency decision has been issued. Ms. Warren was named by the complainant in EEO 9L2W05002 and 9L2W03151R, listed above. These EEO complaints by Ms. Zellars naming Ms. Warren were filed within the last 180 days and all are still pending a final agency decision.

4. Regarding the incident on the May 13, 2005 between herself and Ms. Terrie Warren, I was contacted by both parties on the date that the alleged incident occurred. I advised both that since the matter involved allegations of threats and physical assault, it was appropriate for the Base Security Forces team to take a report or conduct an investigation when responding to calls initiated by either of them.

5. I interacted with Ms. Warren for more than 2 hours on the day of the alleged incident as well as a number of occasions regarding EEO activity within CES. That day in particular, I reestablished my role as the EEO Officer is to be an advisor to the Senior Commander and staff in my assigned area of expertise. My function requires that we act as neutrals and not advocate for any persons in the complaints process. I participated in a strategic planning session with her, Ms. Blythe McGinty and Ms. Greta Jones-Sanders, CES Personnel Resources. We arrived at a meeting of the minds to assist Ms. Zellars in meeting her

immediate needs to by granting her official time to prepare for her upcoming EEO investigation the next week.

6.

Pursuant to Title 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 29 day of September 2005.

_____
PAUL E. LUCAS