Case: 05-1670-(RBW)  Filed _____/Doc____    Page ___ ◯

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellars<br>1708 Dennis Court<br>Forestville, Maryland 20747<br><br>       Plaintiff,<br><br>    v.<br><br>Ms. Terrie Warren,<br>11th Civil Engineer Squadron<br>Deputy Base Civil Engineer<br>370 Brookley Avenue<br>Bolling AFB, Wash DC 20032<br><br>       Defendant | )<br>)<br>)<br>)<br>)   Civil Action No.   05-1670- (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) .<br>)<br>)<br>) |

## PLAINTIFF'S MOTIONS OF ATTACHMENTS SUBMITTED ON Oct. 28, 2005

Copies Submitted to Judge Walton, J. RBW:
  __Page 1 of 1__

**One Package**

Notice of Hearing Sept 9, 2005
Order dated August 23, 2005
Notice of Hearing August 23, 2005
CA Form 1 (Superior Court)
Motion (TRI) / (PT) dated July 21, 05
Complaint (Form) dt 7/21/05
Initial Order for: Oct.28, 2005
Statement of Suspect/Witness/Complainant
  (Military Police Report date 5/13/05
  Statements: Juelithia G. Zellars Plaintiff
          Bryan Keith Lepree (Witness for Plaintiff)
          Jones- Sander, Greta D. (Witness for Defendant)

T& A Timecard Format 1 (show --KC AWOL should read Sick Leave (sl) others documents not shown) 5 pgs.

Memo dt August 22, 05/  Judge Walton
Form CA-1    Condition/Medical / Medical statement dt 7/29/05
Physicians Report
medical statement
AWS Schedule Option Form **(To be signed)** Dr. statement dt Aug 1, 2005/ 4 pgs.)
1



DCD_ECFNotice@dcd .uscou
rts.gov
08/24/2005 03:09 PM

To    DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject    Activity in Case 1:05-cv-01670-RBW ZELLERS v. WARREN
"Order on Motion for Extension of Time to Answer"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrbw1, entered on 8/24/2005 at 3:09 PM and filed on 8/24/2005

**Case Name:**                    ZELLERS v. WARREN
**Case Number:**                  1:05-cv-1670
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [2] Motion for Extension of Time to Answer. The defendant shall file an answer or otherwise respond to the plaintiff's complaint by 9/29/2005. Signed by Judge Reggie B. Walton on 8/24/05. (lcrbw1, )

The following document(s) are associated with this transaction:

**1:05-cv-1670 Notice will be electronically mailed to:**

Kevin K. Robitaille    kevin.robitaille2@usdoj.gov, reginald.rowan@usdoj.gov

**1:05-cv-1670 Notice will be delivered by other means to:**

JUELITHIA G. ZELLERS
1708 Dennis Court
Forrestville, MD 20747

Rel 04-1
March 7, 2004

# TIME AND ATTENDANCE
# JOB AID

### TYPE HOUR CODES
### QUICK REFERENCE

## PAY TYPE HOURS
**NOTE:** Expanded Definitions can be found at the back of the Job Aid.

RD  -  Recess Day
RF  -  Regular, First Shift (Ungraded)
RG  -  Regular, (Graded)
RH  -  Penalty Pay (0.5 Times)
RJ  -  Penalty Pay (1.0 Times)
RK  -  Penalty Pay (1.5 Times)
RN  -  Regular, Firefighter Paid Not Worked
RS  -  Regular, Second Shift (Ungraded)
RT  -  Regular, Third Shift (Ungraded)
RW  -  Regular, Firefighter Agency Training
RX  -  Regular, Emergency Time (System Generated From Local Holiday Table Only)

OA  -  Additional FLSA Hours
OB  -  On Call
OC  -  Overtime, Callback
OD  -  Sunday Overtime (T38)
OE  -  Overtime, Night - Used For DOE
OH  -  Holiday Overtime (T38)
ON  -  Overtime Scheduled, Not Worked - Court/Military Leave/Continuation Of Pay/Date Of Death
OS  -  Overtime, Scheduled
OU  -  Overtime, Unscheduled
OW  -  Saturday Overtime (T38)
OX  -  Overtime, Unscheduled Exception

SF  -  Sunday Work, First Shift (Ungraded)
SG  -  Sunday Work (Graded)
SS  -  Sunday Work, Second Shift (Ungraded)
ST  -  Sunday Work, Third Shift (Ungraded)
SW  -  Saturday Pay (T38)

Rel 04-2
June 13, 2004

# TYPE HOUR CODES
## QUICK REFERENCE
### (CONTINUED)

## LEAVE HOURS - NONPAID

KA - LWOP
KB - Suspension
KC - AWOL
KD - Office Of Worker Compensation Program (OWCP) - Not allowed for
EMP-TYP-CD=J
KE - Furlough
KF - Nonduty, within regular schedule (this code will be removed from DCPS system shortly
per DFAS headquarters. When code is removed, system will change KF codes in
history to KA.
KG - Military Furlough (called to active duty)
KM - MISSING TIME – NONPAY – HHS

## COMPENSATORY HOURS

CC - Compensatory Time Callback
CE - Compensatory Time Earned
CT - Compensatory Time Taken

CA - Religious Compensatory Time Taken
CR - Religious Compensatory Time Earned

CD - Credit Hours Earned
CN - Credit Hours Taken

CH - Holiday Comptime
CS - Sunday Comptime
CW - Saturday Comptime

| SITE ID | TAG | ACT | ORG | EMPLOYEE ID | PPE DATE | NAME |
|---|---|---|---|---|---|---|
| ING00 | 0800 | FCMT | CEOE | 578 72 0268 | 07 09 05 | ZELLARS JUELITHIA G |

DISPLAY REVERSALS ?    N              CERTIFIER

| DATE WORKED | TY HR | S/G IDC | HRS | SFT | E/H OTH | NGT DIF | DATE ADJ | INJ NO | JOB ORDER | ALT IDC |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 27 05 | KC | | 8.00 | 0 | | | | | | |
| 06 28 05 | KC | | 8.00 | 0 | | | | | | |
| 06 29 05 | KC | | 8.00 | 0 | | | | | | |
| 06 30 05 | KC | | 8.00 | 0 | | | | | | |
| 07 01 05 | KC | | 8.00 | 0 | | | | | | |
| 07 04 05 | KC | | 8.00 | 0 | | | | | | |
| 07 05 05 | KC | | 8.00 | 0 | | | | | | |
| 07 06 05 | KC | | 8.00 | 0 | | | | | | |
| 07 07 05 | KC | | 8.00 | 0 | | | | | | |
| 07 08 05 | KC | | 8.00 | 0 | | | | | | |

03    END OF DATA

MASTER TIME HISTORY                    15:28     07/26/05

| SITE ID | TAG | ACT | ORG | EMPLOYEE ID | PPE DATE | NAME |
|---------|-----|-----|-----|-------------|----------|------|
| 11WING00 | 0800 FCMT | | CEOE | 578 72 0268 | 06 25 05 | ZELLARS JUELITHIA G |

DISPLAY REVERSALS ?          N                 CERTIFIER

| DATE WORKED | TY HR | S/G IDC | HRS | SFT | E/H OTH | NGT DIF | DATE ADJ | INJ NO | JOB ORDER | ALT IDC |
|-------------|-------|---------|-----|-----|---------|---------|----------|--------|-----------|---------|
| 06 13 05 | KC | | 8.00 | 0 | | | | | | |
| 06 14 05 | KC | | 8.00 | 0 | | | | | | |
| 06 15 05 | KC | | 8.00 | 0 | | | | | | |
| 06 16 05 | KC | | 8.00 | 0 | | | | | | |
| 06 17 05 | KC | | 8.00 | 0 | | | | | | |
| 06 20 05 | KC | | 8.00 | 0 | | | | | | |
| 06 21 05 | KC | | 8.00 | 0 | | | | | | |
| 06 22 05 | KC | | 8.00 | 0 | | | | | | |
| 06 23 05 | KC | | 8.00 | 0 | | | | | | |
| 06 24 05 | KC | | 8.00 | 0 | | | | | | |

2003    END OF DATA

MASTER TIME HISTORY                              15:28    07/26/05

| SITE ID | TAG | ACT | ORG | EMPLOYEE ID | PPE DATE | NAME | |
|---|---|---|---|---|---|---|---|
| WING00 | 0800 | FCMT | CEOE | 578 72 0268 | 06 11 05 | ZELLARS JUELITHIA G | |

DISPLAY REVERSALS ?        N              CERTIFIER

| DATE WORKED | TY HR | S/G IDC | HRS | SFT | E/H OTH | NGT DIF | DATE ADJ | INJ NO | JOB ORDER | ALT IDC |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 30 05 | KC | | 8.00 | 0 | | | | | | |
| 05 31 05 | KC | | 5.75 | 0 | | | | | | |
| 05 31 05 | RG | | 2.25 | 0 | | | | | | |
| 06 01 05 | KC | | 3.50 | 0 | | | | | | |
| 06 01 05 | RG | | 4.50 | 0 | | | | | | |
| 06 02 05 | RG | | 8.00 | 0 | | | | | | |
| 06 03 05 | KC | | 8.00 | 0 | | | | | | |
| 06 06 05 | KC | | 8.00 | 0 | | | | | | |
| 06 07 05 | KC | | 8.00 | 0 | | | | | | |
| 06 08 05 | KC | | 8.00 | 0 | | | | | | |
| 06 09 05 | KC | | 8.00 | 0 | | | | | | |
| 06 10 05 | KC | | 8.00 | 0 | | | | | | |

2003   END OF DATA

MASTER TIME HISTORY                    15:27    07/26/05

| SITE ID | TAG | ACT | ORG | EMPLOYEE ID | PPE DATE | NAME |
|---------|-----|-----|-----|-------------|----------|------|
| 11WING00 | 0800 | FCMT | CEOE | 578 72 0268 | 05 28 05 | ZELLARS JUELITHIA G |

DISPLAY REVERSALS ?          N              CERTIFIER

| DATE WORKED | TY HR | S/G IDC | HRS | SFT | E/H OTH | NGT DIF | DATE ADJ | INJ NO | JOB ORDER | ALT IDC |
|-------------|-------|---------|-----|-----|---------|---------|----------|--------|-----------|---------|
| 05 16 05 | KC | | 8.00 | 0 | | | | | | |
| 05 17 05 | KC | | 8.00 | 0 | | | | | | |
| 05 18 05 | KC | | 8.00 | 0 | | | | | | |
| 05 19 05 | KC | | 8.00 | 0 | | | | | | |
| 05 20 05 | KC | | 8.00 | 0 | | | | | | |
| 05 23 05 | KC | | 8.00 | 0 | | | | | | |
| 05 24 05 | KC | | 8.00 | 0 | | | | | | |
| 05 25 05 | KC | | 8.00 | 0 | | | | | | |
| 05 26 05 | KC | | 8.00 | 0 | | | | | | |
| 05 27 05 | KC | | 8.00 | 0 | | | | | | |

2103   END OF DATA

# U.S. Department of Labor
Employment Standard Administration
Office of Workers' Compensation Programs

RECEIVED
SEP 2 2005
CIVILIAN PERSONNEL OFFICE

The following request for information is required under (5 USC 8101 et. seq.). Benefits and/or medical services expenses may not be paid or may be subject to suspension under this program unless this report is completed and filed as requested. Information collected will be handled and stored in compliance with the Freedom of Information Act, the Privacy Act of 1974 and OMB Cir. No. A-108.

Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number.

OMB No.: 1215-0103
Expires:   10-31-99

## PART A - AUTHORIZATION

1. Name and Address of the Medical Facility or Physician Authorized to Provide the Medical Service:

David T. Isaacs, M.D.
Emerson L. Coronel, M.D.
5001 Silver Hill Rd, Suite 101
Suitland, MD 20746-5215

*SEE ATTACHED*

2. Employee's Name (last, first, middle)

3. Date of Injury (mo. day, yr.)

4. Occupation

5. Description of Injury or Disease:

6. You are authorized to provide medical care for the employee for a period of up to sixty days from the date shown in item 11, subject to the condition stated in item A, and to the condition indicated either 1 or 2, in item B.

A.   Your signature in item 35 of Part B certifies your agreement that all fees for services shall not exceed the maximum allowable fee established by OWCP and that payment by OWCP will be accepted as payment in full for said services.

B.   ☐ 1. Furnish office and/or hospital treatment as medically necessary for the effects of this injury. Any surgery other than emergency must have prior OWCP approval.

☐ 2. There is doubt whether the employee's condition is caused by an injury sustained in the performance of duty, or is otherwise related to the employment. You are authorized to examine the employee using indicated non-surgical diagnostic studies, and promptly advise the undersigned whether you believe the condition is due to the alleged injury or to any circumstances of the employment. Pending further advice you may provide necessary conservative treatment if you believe the condition may be to the injury or to the employment.

7. If a Disease or Illness is Involved, OWCP Approval for Issuing Authorization was Obtained from: (Type Name and Title of OWCP Official)

8. Signature of Authorizing Official:

9. Name and Title of Authorizing Official: (Type or print clearly)

10. Local Employing Agency Telephone Number:

11. Date (mo., day, year)

12. Send one copy of your report: (Fill in remainder of address)

U.S. DEPARTMENT OF LABOR
Employment Standards Administration
Office of Workers' Compensation Programs

13. Name and Address of Employee's Place of Employment:

Department of Agency

**Department of the Air Force**
**11th WG/DPCWE**
**110 Luke Avenue, Suite 300**
**Bolling AFB, DC 20332-0300**

## Public Burden Statement
We estimate that it will take an average of 5 minutes to complete this collection of information, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding these estimates or any other aspect of this collection of information, including suggestions for reducing this burden, send them to the Office of Workers' Compensation Programs, U.S. Department of Labor, Room S-3229, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

DO NOT SEND THE COMPLETED FORM TO THIS OFFICE

Form CA-16
Rev. Jan. 1997

ATTENDING PHYSICIAN

14. Employee's Name (last, first, middle)

*Zercas G Jerl 17774*

15. What History of Injury or Disease Did Employee Give You?

*NOALLY  AJ IOSTED BY SUPERVISOR* 5/13/05. *MUTUAL*

16. Is there any History or Evidence of Concurrent or Pre-existing Injury, Disease, or Physical Impairment? (If yes, please describe)

☐ Yes   ☒ No

16a. ICD-9 Code

17. What are Your Findings? (Include results of X-rays, laboratory tests, etc.)

*ACUTE ANXIETY*

18. What is Your Diagnosis?

*ACUTE ANXIETY neurosis*

18a. ICD-9 Code

19. Do You Believe the Condition Found was Caused or Aggravated by the Employment Activity Described? (Please explain your answer if there is doubt)

☐ Yes   ☐ No

20. Did Injury Require Hospitalization?   ☐ Yes   ☒ No

If yes, date of admission (mo., day, year)

Date of discharge (mo., day, year)

21. Is Additional Hospitalization Required?

☐ Yes   ☐ No

22. Surgery (If any, describe type)

*N/A*

23. Date Surgery Performed (mo., day, year)

*N/A*

24. What (Other) Type of Treatment Did You Provide?

*SYMPTOMATIC COUNSELING MEDICAL*

25. What Permanent Effects, If Any, Do You Anticipate?

*NO T CERT*

26. Date of First Examination (mo., day, year)   6-17-05

27. Date(s) of Treatment (mo., day, year)   *7/1/05  6/7/05  7/14/05  8/21/05*

28. Date of Discharge from Treatment (mo., day, year)   *NOT YET*

29. Period of Disability (mo., day, year) (If termination date unknown, so indicate)

Total Disability:   From _____ To _____
Partial Disability:   From _____ To _____

30. Is Employee Able to Resume

☐ Light Work   Date: _____
☐ Regular Work   Date: _____

31. If Employee is Able to Resume Work, Has He/She Been Advised?   ☒ Yes   ☐ No   If Yes, Furnish Date Advised

*STILL HAVING SYMPTOMS AND MISSING SOME WORK*

32. If Employee is Able to Resume Only Light Work, Indicate the Extent of Physical Limitations and the Type of Work that Could Reasonably be Performed with these Limitations.

*N/A*

33. General Remarks and Recommendations for Future Care, if Indicated. If you have made a Referral to Another Physician or to a Medical Facility, Provide Name and Address.

*NEEDS further F/U*

34. Do You Specialize?   ☒ Yes   ☐ No   (If yes, state specialty)

35. SIGNATURE OF PHYSICIAN. I certify that all the statements in response to the questions asked in Part B of this form are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact which is knowingly made may subject me to felony criminal prosecution.

36. Address (No., Street, City, State, ZIP Code)

*5001 SILVER HILL RD #11*

*SUITLAND MD 20746*

37. Tax Identification Number   *52-2110411*

38. National Provider System Number

39. Date of Report   *8/1/05*

MEDICAL BILL: Charges for your services should be presented to the AMA standard "Health Insurance Claim From" (AMA OP 407/408/409; OWCP-1500a, or HCFA 1500). Service must be itemized by Current Procedural Terminology Code (CPT 4) and the form must be signed.

Ms. Juelithia Zellars was absent from work:

05/16/05-  05/19/05
05/20/05 - 05/25/05
05/26/05 - 05/30/05
06/03/05 - 06/07/05
06/21/05 - 07/05/05
07/06/05 - 07/08/05
07/13/05 - 07/14/05
07/18/05 - 07/19/05
07/26/05 - 08/01/05
08/02/05 - 08/05/05
08/08/05 - 08/12/05
08/15/05 - 08/22/05
08/24/05 - 08/25/05

**RETURN TO WORK OR SCHOOL**

DAVID T. ISAACS, M.D., P.A.
EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

*Received orig*
*13 July 2005*
*David ZARETA*
*Dr Bell MSgt USAF*
*11CES/CEOE*

Date 5/19/05

This is to certify that _Juelithia Zellars_

has been under my care for the following:
_Medical Treatment_
_for Nerve Pain_
_05/16 — 05/19_

and is able to return to ☒ work  ☐ school  on 5/20/05

Remarks: _____

Signature: _(signature)_

---

**RETURN TO WORK OR SCHOOL**

DAVID T. ISAACS, M.D., P.A.
EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

*Received orig*
*2 July 2005*
*David ZARETA*
*Dr Bell MSgt USAF*
*11CES/CEOE*

Date 5/23/05

This is to certify that _Juelithia Zellars_

has been under my care for the following:
_medical treatment_
_for Nerve Pain & Stomach_
_Virus - 5/20 - 5/25_

and is able to return to ☒ work  ☐ school  on 5/26/05

Remarks: _____

Signature: _(signature)_

---

**RETURN TO WORK OR SCHOOL**

DAVID T. ISAACS, M.D., P.A.
EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

*Received original*
*13 July 2005*
*David ZARETA*
*Dr Bell MSgt USAF*
*11CES/CEOE*

Date 5-26-05

This is to certify that _Juelethea Zellars_

has been under my care for the following:
_medical care_

_Stomach problems/chest pa_

and is able to return to ☐ work  ☐ school  on _____

Remarks: _off work)_

_5-26-05 thru 5-30-05_
_Returning 5-31-05_

Signature: _(signature)_

**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746
Telephone: 301-736-8900

Date _June 7, 2005_

This is to certify that

_Suelithia Zellans_

has been under my care for the following: _Medical Illness / Nerve Pain_

_On June 3, 2005    to June 7, 2005_

and is able to return to ☒ work   ☐ school  on _June 8 2005_

Remarks: _____

_____

_____

_____

Signature: _David Coronel_

*Received original*
*13 July 2005*
*David ZARELLA*
*Avr Fond, MSGT USAF*
*11 CES/CEDE*

## RETURN TO WORK OR SCHOOL

### VID T. ISAACS, M.D., P.A.
### EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _6/30/05_

This is to certify that _Juelithia Zellars_

has been under my care for the following:
_medical treatment_
_for illness_
_06/21 - 7/5_

and is able to return to ☒ work   ☐ school   on _7/6/05_

Remarks: _Patient missed work due to_
_allergic reaction to Rx_
_Nerve pain & medical_
_testings._

Signature: _DMW_

---

*received original*
*13 July 2005*
*David ZARELLA*
*Avr Fond, MSGT USAF*
*11 CES/CEDE*

## RETURN TO WORK OR SCHOOL

### DAVID T. ISAACS, M.D., P.A.
### EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _7/8/05_

This is to certify that _Juelithia Zellars_

has been under my care for the following:
_medical treatment_
_for Nerve pain_
_07/06 - 07/08_

and is able to return to ☒ work   ☐ school   on _07/11/05_

Remarks: _____

Signature: _DMW_

EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite ___1
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _7/14/05_

This is to certify that _Juelithia Zellers_

has been under my care for the following:

_7/13/05 - 7/14/05_
_for treatment of_
_medical illness_

and is able to return to ☑ work   ☐ school on _7/15/05_

Remarks: _Pt seen swelling of extremities_

Signature: _____

_Received Originals_
_on 20 July 05_
_____

---

# EXCUSE SLIP

**Arnaldo A. Garro, M.D, F.A.C.S., F.I.C.S.**
EAR, NOSE & THROAT, HEAD & NECK SURGERY
ALLERGY & ENDOSCOPIC SINUS SURGERY
7501 SURRATTS ROAD, SUITE 110
CLINTON, MARYLAND  20735-3362
(301) 868-8926 or 1-800-638-9967

Date _7-18-05_

This is to certify that

_Juelithia Zelkars_

has/had an appointment at this office for
professional attention on _7-18-05_
                                           (DATE)

at _3:20PM_ o'clock.

Please excuse this absence.

Dr. _____

**Arnaldo A. Garro, M.D.**

**HUSHANG TOHIDLOO, D.D.S.**
6400 MARLBORO PIKE
FORESTVILLE, MD 20747
(301) 736-5533

JUL 1 9 2005

To Whom It May Concern:

This certifies that Mr./Mrs./Miss/ _Juelithia Zeilans_
was seen on _Tuesday, July 19, 2005_ for necessary dental
treatment. _The pt. is able to return to work tomorrow –_

The next scheduled appointment is _____.

Sincerely,

_H. Tohidloo DDSy_

Hushang Tohidloo, D.D.S.

**RETURN TO WORK OR SCHOOL**

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

*Received 8 Aug 05*
*MSgt David ZARELLA*
*Superintendent, MAINT Engineering*
*for LT. Travis Guidt*

Date 7-29-05

This is to certify that *Juelotha Zellars*

has been under my care for the following:

*medical care*

*Neurological problems*

and is able to return to ☒ work ☐ school on 8/2/05

Remarks:
7-26-05 thru
8-1-05

Signature: *D. David Isaac*

---

**DR. VINCENT D. PALUMBO, P.A.**
**ORAL SURGEONS**
**DR. VINCENT D. PALUMBO    DR. PAT PALUMBO**

3611 Branch Avenue
Suite 203
Hillcrest Heights, MD 20748
(301) 423-2600

11885 Holly Lane
Waldorf, MD 20601
(301) 845-4555
(301) 843-8653

10905 Fort Washington Road
Oxon Hill, MD 20744
(301) 292-6900

**Sick Certificate**

Name *Juebthia Zellars*                Date 8/3/05

Address ...........

To whom it may concern:
This is to certify that the above patient was under my professional care
from Wednesday August 3, 05
to Thursday August 4, 05                inclusive.
Remarks ...........

Dr. VINCENT D. PALUMBO PA

*Received 8 Aug 05*
*MSgt David ZARELLA*
*Superintendent, MAINT Engineering*
*for LT. Travis Guidt*

**HUSHANG TOHIDLOO, D.D.S.**
6400 MARLBORO PIKE
FORESTVILLE, MD 20747
(301) 736-5533

AUG 2  2005

To Whom It May Concern:

This certifies that Mr./Mrs./Miss/ _Juelithia Zellars_
was seen on _Tus, Aug 2, 2005_ for ~~necessary dental~~
~~treatment~~ - _Patient stopped by the office_
_to ~~schedule~~ necessary dental visit._

The next scheduled appointment is _Thurs, Aug 11, 2005_

Sincerely,

_H. Tohidloo DDS_
Hushang Tohidloo, D.D.S.

_Received 8 Aug 05_
_MSgt David Zellars VA_
_Superintendant, MAINT Engineering_
_For Lt, Travis Guidt_

## RETURN TO WORK OR SCHOOL

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _Aug 5, 2005_

This is to certify that
_Juelithia Zellars_

has been under my care for the following:
_Medical Illness_

From: _Aug 3, 2005_    to _Aug 5, 2005_

and is able to return to ☒ work ☐ school on _Aug 8, 2005_

Remarks: _____

Signature: _David Isaacs_

_Received 8 Aug 05._
_MSgt David ZARCILLA._
_Superintendant, MAINT Engineering_
_For LT. Travis Guidt_

**RETURN TO WORK OR SCHOOL**

**DAVID T. ISAACS, M.D., P.A.**
**EMERSON L. CORONEL, M.D.**
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date _8/12/05_

This is to certify that _Juelithia Zellars_

has been under my care for the following:
_medical treatment_
_for Neurological problems_
_08/08 — 8/12/05_

and is able to return to ☒ work  ☐ school  on _8/15/05_

Remarks: _____

_____

_____

Signature: _____

---

**CERTIFICATE OF PROFESSIONAL CARE**

**Arnaldo A. Garro, M.D., F.A.C.S., F.I.C.S.**
Ear, Nose, Throat; Head & Neck Surgery; Allergy
7501 SURRATTS ROAD, SUITE 110
CLINTON, MARYLAND 20735-3302
(301) 868-8926 or 1-800-638-9967
www.Dr-ArnaldoGarro.com

Date _8-15-05_

This is to certify that

_Judithia zellars_

_____

is under my care for the following:
_Please excuse_
_8-15-05 for an_
_apt._

Dr. _Garro/CAC_

**Dr. Bruce Goodman**
*Optometry*
*My Eye Dr.*
*3309 Forestville Road*
*Forestville, MD 20747*
*301.420.6610*

August 18, 2005

Re:Juelithia Zellars

To Whom It May Concern:

Ms. Zellars was seen in our office today. She was diagnosed with meibomianititis. She should miss work from August 16; returning to work August 19.

Sincerely,

Bruce GoodmanO.D.

**Dr. Bruce H. Goodman**
**My Eye Doctor**
**3309 Forestville Road**
**Forestville, Maryland  20747**
**301-420-6610**

_Fri Aug 19th 2005_

_Joeliffhia Zellars_ was in the office today for a routine eye examination; if other information is needed, please do not hesitate to call.

Dr. Bruce H. Goodman O.D.

_3/420-6610_

_Ms. Zellars was being
treated on Friday and
Monday._

**Dr. Bruce Goodman, O.D.**
**3309 Forestville Rd**
**Forestville, MD 20747**

**DR. BRUCE GOODMAN**
Optometry

Telephone 301-420-6610

Juditha Zellar

Mrs Zellars is cleared
to return to work.
on tuesday 8/23/05

she has been
treated for
vascibarieritis

**EXCUSE SLIP**

Armando R. Garza, M.D. F.A.C.S., F.I.C.S.

This is to certify that

Juditha Zellars

has had an appointment at this office for
professional attention on 8-24-05

at 3:5 o'clock

Please excuse this absence.

Dr. Garza / CMC

---

**RETURN TO WORK OR SCHOOL**

DAVID T. ISAACS, M.D., P.A.
EMERSON L. CORONEL, M.D.
5001 Silver Hill Road, Suite 101
Suitland, Maryland 20746

Telephone: 301-736-8900

Date 8·25·05

This is to certify that Jueletha Zellars
has been under my care for the following:
Medical Care

Neurology

and is able to return to ☐ work ☐ school on
Remarks: Off work

8·25·05
Returning 8-26-05

Signature: David T Isaacs MD

**David T. Isaacs, M.D.**
**Emerson L. Coronel, M.D.**
5001 Silver Hill Rd., Suite 101
Suitland, Maryland 20746-5215
Telephone # 301-736-8900
Fax # 301-736-9567

August 1, 2005

To Whom It May Concern

Re:  Juelithia Zellars
DOB:  8/17/1952

The above named patient is still under the care of Dr. David Isaacs for injuries to the head, neck and back. It is medically appropriate that she be placed on AWS schedule. If there are any questions regarding this matter please contact our office.

Sincerely,

DTI:tac

ERNATE WORK SCHEDULES

JULY 1997

# WORK SCHEDULE OPTION FORM

This form is to notify your supervisor of your request to begin participation in the AWS program, change your existing AWS option, or discontinue participation in the AWS program. Complete the information requested below and provide your request to your supervisor for consideration. NOTE: A one-half hour or one hour lunch break is mandatory. *See Doctor's Certificate attached eff. Aug. 1, 2005*

| ✓ Start AWS | __ Change current AWS option | __ Discontinue AWS |
|---|---|---|

SELECT NEW AWS OPTION

| __ 4-10 | ✓ Flexible Work Schedule | __ 5-4-9 |
|---|---|---|

| | FIRST WEEK | | | | SECOND WEEK | | |
|---|---|---|---|---|---|---|---|
| Mon | 7:30 a.m. to | 5:00 p.m. | | Mon | 0 a.m. to | 0 p.m. |
| Tue | 7:30 a.m. to | 5:00 p.m. | | Tue | 7:30 a.m. to | 5:00 p.m. |
| Wed | 7:30 a.m. to | 5:00 p.m. | | Wed | 7:30 a.m. to | 5:00 p.m. |
| Thu | 7:30 a.m. to | 5:00 p.m. | | Thu | 7:30 a.m. to | 5:30 p.m. |
| Fri | 7:30 a.m. to | 4:00 p.m. | | Fri | 7:30 a.m. to | 5:00 p.m. |

Lunch    __ One-half hour    ✓ One hour

## COMMITMENT TO SUCCEED USING THE AWS

I understand that my ability to work an Alternative Work Schedule is a privilege, not a right. My being able to work an AWS depends wholly on the willingness of all individuals to work together so that business is conducted on all days of the business week without degradation of service to our customers. I understand this requirement and have discussed with my supervisor my role in ensuring that service to our customers is enhanced through the use of an AWS. I further understand that this schedule may be discontinued by my supervisor for reasons cited in ~~paragraph 8.3 of the plan~~ the 11th Wing Supplement, AFI 36-807

| *Judith G. Zellers* | *Judith G. Zellers* | 8/2/2005 |
|---|---|---|
| Print Name and Office Symbol | Signature | Date |

I APPROVE OF THIS SCHEDULE AS SUBMITTED OR AS NOTED

| | | |
|---|---|---|
| Supervisor's Name | Signature | Date |

11WG Form 66 Jan 97 (EF-V1)

APPENDIX C

*Recieved 8 Aug 05*
*MSgt David CARELLA*
*Superintendent, MXWST Engineering*
*For LT. Travis Guidt*

# ALTERNATIVE WORK SCHEDULE

## EMPLOYEE INFORMATION

1. Our goal in deciding to implement compressed and flexible schedules is to improve efficiency and productivity of operations, increase customer satisfaction by expanding hours of operation, enhance personnel recruitment and retention, reduce unscheduled leave, decrease overtime expenses, foster energy conservation through reduction in commuter traffic and strengthen job satisfaction and morale by supporting a Family Friendly workplace. If these goals are not achieved, the program may be discontinued.

2. Management officials will determine which, if any, Alternative Work Schedule (AWS) options approved by the 11th Wing will be implemented within their respective organizations. Each employee may choose individual schedules from the approved AWS options available by completing Work Schedule Option Form, 11WG Form 66. Supervisors will determine whether the requested schedules support their requirements for office coverage during official hours of operation and ensure that the work can be performed efficiently and effectively prior to approving individual schedules. If the requested schedule does not meet mission requirements, an employee may choose a different option. Employees may also choose to continue to work a standard work schedule that conforms to the official hours of operation for the 11th Wing which are 0800 to 1700 hours in the Pentagon and 0730 to 1630 hours at Bolling Air Force Base.

3. To determine our success in meeting our goals, supervisors will track the use of their employees' unscheduled sick and annual leave, measure productivity, and distribute and evaluate customer satisfaction surveys. Supervisors will document the results of their findings on a monthly basis.

4. General information regarding our program is as follows:

   a. The standard duty schedule is established as five (5) consecutive days consisting of eight (8) hours each in an administrative work week. The duty hours for employees will conform to the official hours of operation for the 11th Wing. Each employee will have an established arrival and departure time. Employees who elect to participate in the AWS program have these options:

     (1) Flexitour. Employees work a standard work week but may preselect an arrival time between 0600 hours and 0900 hours. The departure time is established at eight hours after the preselected arrival time plus either a one-half hour or one hour lunch period. Once established, this is a fixed schedule until such time as a new arrival time is approved.

     (2) Compressed schedule. Employees may select a schedule consisting of eight nine-hour days and one eight-hour day each biweekly pay period, or four ten-hour days each week. A fixed schedule is established for daily arrival and departure times.

   b. Lunch periods will be scheduled for either one-half or one hour daily, normally between 1100 and 1300 hours, during which an employee is free from duty. Lunch periods may not be taken at the beginning or end of a work day for the purpose of shortening the work day.

   c. A request to start, change, or discontinue an authorized alternative work schedule must be submitted on 11WG Form 66, Work Schedule Option Form, to the

APPENDIX 3

supervisor at least one full pay period in advance of the requested effective date. In the event of an unanticipated emergency, this requirement may be waived by a supervisor in the chain in command. Approved forms will be maintained in the Employee Work Folder.

d. Actual hours of work (arrival, departure, and lunch period) and leave taken will be recorded daily on a Time and Attendance Sheet. Failure to accurately maintain a record of time worked may result in termination of the program. Completed forms will be certified by the supervisor.

e. Supervisors may discontinue an employee's participation in an AWS program due to concern regarding performance or misconduct or in response to changing work conditions. Employees participating in AWS will be provided written notification stating the reason for AWS termination.

f. Supervisors will normally give one pay period advance notice when operational priorities require a change in an AWS schedule., except in unusual circumstances such as short notice special project, military action, natural disaster, etc. AWS schedules will normally be terminated for employees who are attending training courses or school, detailed or assigned other duties, or when circumstances such as jury duty, military duty, or travel require a regular five (5) day, forty (40) hour work week. Termination for these reasons will normally cover the entire pay period.

g. Supervisors may require new employees to work a standard work schedule during their training and orientation period. New employees will be allowed to participate in our AWS program as soon as they become competent enough to work independently and without direct supervision.

h. In the event of a mission conflict on a scheduled compressed day off, the supervisor may reschedule the day off for the employee on one of the designated "core" days.

5. Questions should be addressed to your immediate supervisor.

I acknowledge receipt of this document on *Aug 2, 2005*

_Juelithia G. Zellars_
Employee Signature

APPENDIX B