UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUELITHIA G. ZELLARS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-1670 (RBW) |
| UNITED STATES | ) | |
| Defendant. | ) | |

## ORDER

Currently before the Court is the defendant's Motion to Dismiss the Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). For the reasons set forth in the accompanying Memorandum Opinion, it is hereby this 20th day of April, 2006,

**ORDERED** that the defendant's motion to dismiss is **GRANTED**. It is further

**ORDERED** that all other unresolved motions are **DENIED AS MOOT**.

**SO ORDERED.**

REGGIE B. WALTON
United States District Court Judge